# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

UNITED STATES OF AMERICA

VS.                                    CASE NO. 5:20-cr-59-JA-PRL

DAVID CHAPPELL FEY,
SHARI LYNN GUNTER

---

## ORDER

The United States' Unopposed Motion to File Exhibit List and Witness List Under Seal (Doc. 186) is **GRANTED**. It is **ORDERED** that the United States' Exhibit List and Witness List be sealed when it is filed. The Clerk of the Court is directed to file the Exhibit List and Witness List under seal.

**DONE** and **ORDERED** in Orlando, Florida, on July 27th, 2021.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Attorney
Counsel for Defendants