UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.

DAVID CHAPPELL FEY
SHARI LYNN GUNTER

CASE NO. 5:20-cr-59-JA-PRL
21 U.S.C. § 841(a)(1)
21 U.S.C. § 846
18 U.S.C. § 1512(k)
18 U.S.C. § 1512(a)(1)(C)

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about January 19, 2016, in the Middle District of Florida, the defendants,

**DAVID CHAPELL FEY,**
and
**SHARI LYNN GUNTER,**

did knowingly and intentionally distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2.

## COUNT TWO

On or about April 5, 2016, in the Middle District of Florida, the defendants,

**DAVID CHAPELL FEY,**
and
**SHARI LYNN GUNTER,**

did knowingly and willfully conspire with each other and other persons, both known and unknown to the Grand Jury, to unlawfully, deliberately, maliciously, and with premeditation and malice aforethought, kill K.B., with the intent to prevent the communication by K.B. to a law enforcement officer and judge of the United States of information relating to the commission and possible commission of a Federal offense, to wit: conspiracy to distribute and distribution of methamphetamine.

In violation of 18 U.S.C. §§ 1512(k), (a)(1)(C), (a)(3)(A), and 1111.

## COUNT THREE

On or about April 5, 2016, in the Middle District of Florida, the defendants,

**DAVID CHAPELL FEY,**
and
**SHARI LYNN GUNTER,**

aided and abetted by others, known and unknown to the Grand Jury, did unlawfully, deliberately, maliciously, and with premeditation and malice

aforethought, kill K.B., with the intent to prevent the communication by K.B. to a law enforcement officer and judge of the United States of information relating to the commission and possible commission of a Federal offense, to wit: conspiracy to distribute and distribution of methamphetamine.

In violation of 18 U.S.C. §§ 1512(a)(1)(C), (a)(3)(A), 1111, and 2.

## COUNT FOUR

On or about April 5, 2016, in the Middle District of Florida, the defendants,

**DAVID CHAPELL FEY,**
and
**SHARI LYNN GUNTER,**

did knowingly and willfully conspire with each other and other persons, both known and unknown to the Grand Jury, to distribute a controlled substance. The violation involved a mixture and substance containing a detectable amount of fentanyl and methamphetamine, both Schedule II controlled substances, and K.B.'s death resulted from the use of fentanyl and methamphetamine that the defendants distributed.

In violation of 21 U.S.C. §§ 846 and 841(b)(1)(C).