UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,  ☐
    Government  ☒

Case No. 5:20-cr-59-JA-PRL

☐ Evidentiary
☒ Trial

v.

DAVID CHAPPELL FEY and
SHARI LYNN GUNTER

    Defendant  ☐

# AMENDED EXHIBIT LIST[1]

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1(A) – 1(V) | 12/1/21 | 12/1/21 | Joint Stipulation | Sumter County Sheriff's Office Photos of Crime Scene |
| 2(A) – 2(H) | 12/1/21 | 12/1/21 | Joint Stipulation | Sumter County Sheriff's Office Photos of Victim's Property |
| 3(A) – 3(X) | 12/1/21 | 12/1/21 | Joint Stipulation | Medical Examiner's Office Photos of Crime Scene |
| 4(A) – 4(R) | 12/1/21 | 12/1/21 | Joint Stipulation | Medical Examiner's Office Photos of Victim's Body |
| 5(A) – 5(X) | 5N 12/6/21 | 12/6/21 | Barbara Wolf | Medical Examiner's Office Photos at Autopsy |
| 6 | 12/6/21 | | Barbara Wolf | Medical Examiner's Office Autopsy Report |
| 7 | | | | Medical Examiner's Office Investigator's Report |
| 8 | | | | Dr. Barbara Wolf C.V. |

---

[1] Original exhibits for the FEY jury will be marked with blue tags and original exhibits for the GUNTER jury will be marked with orange tags.

Case No.:   5:20-cr-59-JA-PRL                                   Page 2 of 10 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 9 | 12/6/21 | 12/6/21 | Linda Sullivan | Wuesthoff Reference Laboratory Toxicology Report |
| 10 | 12/6/21 | | Linda Sullivan | Steward Reference Laboratory Toxicology Report |
| 11 | | | | Linda Sullivan C.V. |
| 12 | | | | Dr. Bruce Goldberger C.V. |
| 13 | 12/1/21 | | | Sumter County Sheriff's Office Incident Report |
| 14 | 12/1/21 | | | Sumter County Sheriff's Office Property Receipts |
| 15 | 12/1/21 | 12/1/21 | Ricardo Leal | Sprint/T-Mobile Records for Victim's Phone |
| 16 | 12/1/21 | 12/1/21 | Ricardo Leal | Demonstrative Exhibit for Victim's Phone Records |
| 17 | | | | Kyle Konrath Audio Interview |
| 18 | | | | Kyle Konrath Statement |
| 19 | | | | James Jackson Audio Interview |
| 20 | | | | James Jackson Statement |
| 21(A) – 21(D) | 12/6/21 | 12/6/21 | Jason Webb | Photos of 2351 SE 150th Street (homicide location) 10/27/2020 |
| 22 | 12/2/21 | 12/2/21 | Marcia Jennings | Video of 2351 SE 150th Street (homicide location) 10/27/2020 |
| 22(A) | 12/2/21 | 12/2/21 | Marcia Jennings | Still Photo of 22 |
| 23 | | | | ATF Report of Investigation 1 |
| 24 | | | | ATF Report of Investigation 2 |
| 25 | | | | ATF Report of Investigation 3 |
| 26 | | | | FDLE Report No. 95 – Interview of SOI on 1/15/2016 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 27 | | | | FDLE Report No. 98 – Debrief of Det. Mitchell Tucker |
| 28 | | | | FDLE Report No. 99 – Traffic Stop of Fey & Gunter 1/21/2016 |
| 28(A) | | | | FDLE Inv. 164 – Fey arrest report |
| 28(B) | | | | FDLE Inv. 165 – Fey arrest narrative |
| 29 | | | | FDLE Report No. 102 – Controlled buy on 1/19/2016 with K.B. |
| 29(A) | | | | FDLE Inv. 168 – Phone Records |
| 30 | | | | FDLE Report No. 104 – Detailing CWB / Outlaws |
| 31 | | | | FDLE Report No. 107 – Interview of K.B. on 3/7/2016 |
| 31(A) | | | | FDLE Report No. 107 – ATF ROI 3 |
| 32 | | | | FDLE Report No. 119 – Interview of CS on 5/23/2016 |
| 33 | | | | FDLE Report No. 124 – Interview of CS on 6/21/2016 |
| 34 | | | | FDLE Report No. 127 – Jail phone call from Fey to Mudloff – 8/8/2016 |
| 34(A) | 12/2/21 | 12/2/21 | Nathan McClain | FDLE Inv. 202 – Recording of phone call from Fey to Mudloff – 8/8/2016 |
| 34(B) | 12/2/21 | 12/2/21 | Nathan McClain | FDLE Inv. 202 – details of call |
| 35 | | | | FDLE Report No. 129 – Interview of Ricky Zackery on 8/15/2016 |
| 35(A) | | | | FDLE Inv. 203 – Recording of Interview with Ricky Zackery |
| 36 | | | | FDLE Report No. 130 – Interview of Gary Barber on 8/18/2016 |
| 37 | | | | FDLE Report No. 132 – Jail video visits with Fey 7/13/16 – 8/17/16 |
| 37(A) | | | | FDLE Inv. 206 – 11 Recorded videos of Jail Visits with Fey |

*Margin annotations: "Fey only" next to 34(A) and 34(B).*

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 38 | | | | FDLE Report No. 133 – Gunter's Facebook |
| 39 | | | | FDLE Report No. 134 – Recorded conversation between Fey & Zackery |
| 39(A) | | | | Ricky Zackery – Waiver on 9/21/2016 |
| 39(B) | | | | Ricky Zackery – Audio Recording with Fey on 9/21/2016 |
| 39(C) | | | | Ricky Zackery – Criminal History |
| 39-T | | | | Transcript of Exhibit 39(B) |
| 40 | | | | 5 clips from Exhibit 39(B) |
| 40(A) [Fey only] | 12/3/21 | 12/3/21 | Ricky Zackery | Clip 1 – 0:00:00 – 0:00:46 |
| 40(B) [Fey only] | 12/3/21 | 12/3/21 | Ricky Zackery | Clip 2 – 0:15:44 – 0:16:22 |
| 40(C) [Fey only] | 12/3/21 | 12/3/21 | Ricky Zackery | Clip 3 – 0:18:29 – 0:35:40 |
| 40(D) [Fey only] | 12/3/21 | 12/3/21 | Ricky Zackery | Clip 4 – 1:19:17 – 1:39:00 |
| 40(E) [Fey only] | 12/3/21 | 12/3/21 | Ricky Zackery | Clip 5 – 1:55:35 – 1:57:26 |
| 41 | | | | FDLE Report No. 135 – Gunter's Jail Phone Calls 8/3/16 – 9/20/16 |
| 42 | | | | FDLE Report No. 143 – Video from Zackery recording |
| 42(A) [Fey only] | 12/2/21 | 12/2/21 | Nathan McClain | FDLE Inv. 218 – Video from MCJ 9/21/2016 of Zackery recording |
| 43 | | | | FDLE Report No. 144 – Interview of Gunter on 11/10/2016 |
| 43(A) [Gunter only] | 12/3/21 | 12/3/21 | Jeffrey Vash | FDLE Inv. 220 – Recording of Gunter Interview |
| 43(B) [Gunter only] | 12/3/21 | 12/3/21 | Jeffrey Vash | Recording of Interview (43(A)) with Transcript (43-T) |
| 43-T [Gunter only] | 12/3/21 | 12/3/21 | Jeffrey Vash | Transcript of Exhibit 43(A) |

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 44 | | | | MCSO Incident Report – Traffic Stop of K.B. on 1/11/2016 |
| 45 | 12/1/21 | 12/1/21 | Daniel Barker | MCSO Arrest Warrant and Affidavit signed 2/24/2016 |
| 46 | | | | SCSO Arrest of K.B. on 2/29/2016 |
| 47 | | | | MCSO Incident Report detailing use of K.B. as Informant |
| 48 | | | | Buy Sheet and Money for Controlled Buy on 1/19/2016 |
| 49 | | | | DAVID reports on targets |
| 50 | | | | Intelligence Report on OMC |
| 51 | 12/1/21 | | Mitchell Tucker | Phone Records for Fey and Gunter |
| 52 | | | | Property Records for Fey residence |
| 53 | 12/1/21 | 12/1/21 | Mitchell Tucker | Video of Controlled Buy by K.B. on 1/19/2016 |
| 53(A) | 12/1/21 | 12/1/21 | Mitchell Tucker | Still shots of video of controlled buy |
| 53(B) | 12/1/21 | 12/1/21 | Mitchell Tucker | Still shots of video of controlled buy |
| 53(C) | 12/1/21 | 12/1/21 | Mitchell Tucker | Still shots of video of controlled buy |
| 53(D) | 12/1/21 | 12/1/21 | Mitchell Tucker | Still shots of video of controlled buy |
| 53(E) | 12/1/21 | 12/1/21 | Mitchell Tucker | Still shots of video of controlled buy |
| 53(F) | 12/1/21 | 12/1/21 | Mitchell Tucker | Still shots of video of controlled buy |
| 54 | 12/1/21 | 12/1/21 | Mitchell Tucker | Recorded phone call by K.B. to Fey on 1/26/2016 |
| 55 | 12/1/21 | 12/1/21 | Mitchell Tucker | Identification of Fey and Gunter by K.B. on 1/28/2016 |
| 56 | | | | MCSO Chain of Custody Reports |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 57 | 12/1/21 | 12/1/21 | Mitchell Tucker | Bag containing methamphetamine |
| 57(A) | | | | FDLE Lab Report 2020-0407133 |
| 57(B) | | | | FDLE Case File 2020-0407133 |
| 57(C) | | | | Troy Wolfer C.V. |
| 58 | | | | Amana Watson – Recording of Interview 4/11/2016 |
| 58-T | | | | Transcript of Exhibit 58 |
| 59 | | | | Amanda Watson – Grand Jury Testimony |
| 60 | 12/2/21 | 12/2/21 | Amanda Watson | Amanda Watson – Google Map |
| 61 | | | | Amanda Watson – Criminal History |
| 62 | 12/2/21 | 12/2/21 | Marcia Jennings | Photos of David Fey, Shari Gunter, David Greene, Marcia Jennings |
| 63 | | | | Marcia Jennings – DEA-6 report of interview on 10/6/2020 |
| 64 | 12/2/21 | | Marcia Jennings | Marcia Jennings – Grand Jury Testimony |
| 65 | 12/2/21 | 12/2/21 | Nathan McClain | Marcia Jennings – Jail Record of arrest on 7/16/2016 |
| 66 | | | | Marcia Jennings – Criminal History |
| 67 | 12/1/21 | 12/1/21 | Kyle Konrath | Photo of K.B.'s former residence, 1418 CR 246 Oxford (taken in 2021) |
| 68 | | | | Video of K.B.'s former residence, 1418 CR 246 Oxford (taken in 2021) |
| 69 | 12/1/21 | 12/1/21 | Angela Stokes | Photo of K.B. with 3 children |
| 70 | 12/1/21 | 12/1/21 | Angela Stokes | Photo of K.B. pregnant with 2 children |
| 71 | | | | JoAnn Kidder – DEA-6 Report of Interview on 10/29/2020 |

*jury only* (annotation next to row 65)

Case No.:   5:20-cr-59-JA-PRL                               Page 7 of 10 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 72 | | | | Jeffrey Lynn – Recording of Interview 4/6/2016 |
| 72(A) | | | | Jeffrey Lynn – Criminal History |
| 72-T | | | | Transcript of Exhibit 72 |
| 73 | | | | Travis Varnum – Recording of Interview 4/6/2016 |
| 73-T | | | | Transcript of Exhibit 73 |
| 74 | | | | Travis and Shelley Varnum – DEA-6 Report of Interviews on 11/13/2020 |
| 74(A) | | | | Travis Varnum – Criminal History |
| 74(B) | | | | Shelley Varnum – Criminal History |
| 75 | | | | Charles Browning – DEA-6 Report of interview on 10/7/2020 |
| 75(A) | | | | Charles Browning – Criminal History |
| 76 | | | | Charles Browning – DEA-6 Report correcting previous report |
| 77 | | | | Emmett Arnold – DEA-6 Report of Proffer on 10/5/2020 |
| 78 | | | | Emmet Arnold – Proffer Letter |
| 79 | | | | Emmett Arnold – Criminal History |
| 80 | | | | Emmett Arnold – Recorded Jail Call to Mary Durham on 09/23/2020 |
| 81 | | | | Emmett Arnold – Recorded Jail Call to Mary Durham on 09/25/2020 |
| 82 | | | | Mary Durham – DEA-6 Report of Interview on 10/27/2020 |
| 83 | | | | Mary Durham – Criminal History |
| 84 | | | | Joshua Reed – DEA-6 Report of Interview on 6/18/2021 |

Case No.: 5:20-cr-59-JA-PRL                                    Page 8 of 10 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 85 | | | | Joshua Reed – Criminal History |
| 86 | | | | Joshua Reed – Arrest Report |
| 87 | 12/3/21 | 12/3/21 | Nathan McClain | Joshua Reed – Meeting with Fey at jail on 6/12/2021 |
| 87(A) | 12/3/21 | 12/3/21 | Nathan McClain | Clip 1 – 11:38am – 11:39am |
| 87(B) | 12/3/21 | 12/3/21 | Nathan McClain | Clip 2 – 3:15pm – 3:16pm |
| 87(C) | 12/3/21 | 12/3/21 | Nathan McClain | Clip 3 – 3:39:30pm – 3:40pm |
| 87(D) | 12/3/21 | 12/3/21 | Nathan McClain | Clip 4 – 3:41:48pm – 3:42:08pm |
| 88(A) | 12/3/21 | 12/3/21 | Nathan McClain | Still image from 87 at 10:34:27 |
| 88(B) | 12/3/21 | 12/3/21 | Nathan McClain | Still image from 87 at 11:37:56 |
| 88(C) | 12/3/21 | 12/3/21 | Nathan McClain | Still image from 87 at 3:15:41 |
| 88(D) | 12/3/21 | 12/3/21 | Nathan McClain | Still image from 87 at 3:39:32 |
| 88(E) | 12/3/21 | 12/3/21 | Nathan McClain | Still image from 87 at 3:41:48 |
| 88(F) | 12/3/21 | 12/3/21 | Nathan McClain | Still image from 87 at 3:42:05 |
| 89 | | | | DEA-6 Report – Fey phone dump on 9/30/2020 |
| 90 | | | | Photo of Fey on motorcycle from Fey phone dump on 9/30/2020 |
| 91 | | | | Sandra Howell – Incident Report 07/18/2020 |
| 92 | | | | Sandra Howell – Body Camera from incident on 07/18/2020 |
| 93 | | | | Sandra Howell – Body Camera (2) from incident on 07/18/2020 |
| 94 | | | | Sandra Howell – Audio Recording of Interview on 07/24/2020 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 95 | | | | Sandra Howell – DEA-6 Report of Interview on 10/01/2020 |
| 95(A) | | | | Sandra Howell – Audio Recording of Interview on 10/01/2020 |
| 96 | | | | Sandra Howell – Criminal History |
| 97 | | | | Pattreon Stokes – DEA-6 Report of Proffer on 03/29/2018 |
| 98 | | | | Pattreon Stokes – Criminal History |
| 99 | | | | Pattreon Stokes – Plea Agreement |
| 100 | | | | Pattreon Stokes – Judgment |
| 101 | | | | Pattreon Stokes – Grand Jury Testimony |
| 102 | | | | Pattreon Stokes – Video Visitation with Fey through David Lee Page |
| 103 | | | | DEA-6 Report for Interview of Shari Gunter on 9/24/2020 |
| 104 | 12/6/21 | | Jason Webb | DEA-6 Report for Proffer of David Fey on 9/28/2020[2] |
| 105 | | | | TFO Jason Webb Grand Jury Testimony |
| 106 | | | | State Attorney's Office File regarding use of K.B. as informant |
| 107 (Gunter only) | 12/2/21 | 12/2/21 | Nathan McClain | Recorded phone call from Marion County Jail 1/9/21 by Shari Gunter |
| 107(A) (Gunter only) | 12/2/21 | 12/2/21 | Nathan McClain | Call Detail Report-Gunter Jail Call |
| 108(A) | 12/1/21 | 12/1/21 | Daniel Barker | Demonstrative Map from David Fey's residence to K.B. traffic stop |
| 108(B) | 12/1/21 | 12/1/21 | Peter Glinn | Demonstrative Map from Nichols cemetery to K.B. residence |

---

[2] Exhibit 104 is proffer-protected and will not be disclosed at this time. This is only a place holder for the exhibit, should it become admissible during the course of the trial.

Case No.:   5:20-cr-59-JA-PRL                                      Page 10 of 10 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 109 | 12/2/21 | 12/2/21 | Amanda Watson | Demonstrative Map from David Fey residence to Charles Browning residence |
| 110 | | | | Transcript of Jeffrey Vash from Suppression Hearing on 03/04/2021 |
| 111 | 12/2/21 | 12/2/21 | Amanda Watson | Drawing of Fey residence by Amanda Watson |
| 112 | | | | Dr. Bruce Goldberger Report |
| 113 | | | | Dr. William Anderson Report |
| 114 | | | | Booking Photo of Amanda Watson |
| 115 | 12/6/21 | 12/6/21 | Jason Webb | Google map of drive from David Fey residence to K.B. residence |
| 116 | 12/1/21 | 12/1/21 | Kyle Konrath | Google map of area surrounding K.B. residence |
| 117 | | | | |
| 118 | | | | |
| 119 | | | | |
| 120 | | | | |
| 121 | | | | |
| 122 | | | | |
| 123 | | | | |
| 124 | | | | |
| 125 | | | | |