**U.S. District Court**
**Middle District of Florida**
**Ocala Division**

# GOVERNMENT EXHIBIT

Exhibit No.: 9

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 03 2021 / DEC 06 2021

Date Admitted: DEC 06 2021



# Wuesthoff Reference Laboratory

6800 Spyglass Court
Melbourne, Florida 32940
Julie Bell, M.D., Laboratory Director

**Patient:** BROWN, KRISTIN  
**Client Patient ID:** 5-16-525  
**Physician:** WOLF, BARBARA  

**Age:** 31  **Sex:** F  
**Account#:** VX80046  
**Client:** DIST 5 MEDICAL EXAMINER  

## TOXICOLOGY

Specimen Collected: 04/07/2016    Lab Order No: 640701424    Reg Date: 04/07/16

| Test Name | Result | Units | Cutoff/Reporting Limits |
|---|---|---|---|
| *VOLATILE PANEL - VOLP* | | | |
| SPECIMEN TYPE | | | |
| ILIAC BLOOD | | | |
| ETHANOL | NONE DETECTED | g/dL | 0.010 |
| ACETONE | NONE DETECTED | mg/dL | 7.5 |
| METHANOL | NONE DETECTED | mg/dL | 15.0 |
| ISOPROPANOL | NONE DETECTED | mg/dL | 15.0 |

Analysis by Gas Chromatography (GC) Headspace Injection

*BLOOD DRUG SCREEN - BDSME*
  SPECIMEN TYPE
    HEART BLOOD
  GC/MS
    AMPHETAMINE, METHAMPHETAMINE, COCAINE METABOLITE, NICOTINE METABOLITE, CAFFEINE
  LC/MS/MS
    LC/MS/MS TESTING PERFORMED ON ILIAC BLOOD

    AMPHETAMINE, METHAMPHETAMINE, OXYCODONE, FENTANYL, NORFENTANYL, COCAINE, COCAINE METABOLITE, 7-AMINOCLONAZEPAM, CAFFEINE, CAFFEINE METABOLITE

*BLOOD IMMUNOASSAY SCREEN*

| Test Name | Result | Units | Cutoff/Reporting Limits |
|---|---|---|---|
| SPECIMEN TYPE | | | |
| ILIAC BLOOD | | | |
| AMPHETAMINES | POSITIVE | mg/L | 0.100 |
| BARBITURATES | NEGATIVE | mg/L | 0.100 |
| BENZODIAZEPINES | NEGATIVE | mg/L | 0.050 |
| BUPRENORPHINE | NEGATIVE | mg/L | 0.001 |
| CANNABINOIDS | NEGATIVE | mg/L | 0.050 |
| COCAINE METABOLITE | POSITIVE | mg/L | 0.100 |
| FENTANYL | POSITIVE | mg/L | 0.001 |
| OPIATES | POSITIVE | mg/L | 0.050 |
| SALICYLATES | NEGATIVE | mg/L | 50.0 |

RECEIVED JUN 0 2 2016

TOXICOLOGY_REPORT             BROWN, KRISTIN
Form: MM Single RLIT              Page 1 of 4              Printed: 05/31/16 15:21



# Wuesthoff Reference Laboratory

6800 Spyglass Court
Melbourne, Florida 32940
Julie Bell, M.D., Laboratory Director

Patient: BROWN, KRISTIN
Client Patient ID: 5-16-525
Physician: WOLF, BARBARA

Age: 31  Sex: F
Account#: VX80046
Client: DIST 5 MEDICAL EXAMINER

## TOXICOLOGY

Specimen Collected: 04/07/2016   Lab Order No: 640701424   Reg Date: 04/07/16

| Test Name | Result | Units | Cutoff/Reporting Limits |
|---|---|---|---|
| *AMPHETAMINES PANEL - AMPP* | | | |
| SPECIMEN TYPE | | | |
| ILIAC BLOOD | | | |
| AMPHETAMINE | 0.646 | mg/L | 0.050 |
| METHAMPHETAMINE | 3.390 | mg/L | 0.050 |
| Analysis by GC/MS | | | |
| *COCAINE PANEL - COCP* | | | |
| SPECIMEN TYPE | | | |
| ILIAC BLOOD | | | |
| ECGONINE METHYL ESTER | 0.058 | mg/L | 0.025 |
| COCAINE | NONE DETECTED | mg/L | 0.025 |
| COCAETHYLENE | NONE DETECTED | mg/L | 0.025 |
| BENZOYLECGONINE | 0.282 | mg/L | 0.025 |
| Analysis by GC/MS | | | |
| *FENTANYL PANEL - FENP* | | | |
| SPECIMEN TYPE | | | |
| ILIAC BLOOD | | | |
| FENTANYL | 13.40 | ng/mL | 0.25 |

Immediately following a single 2 mcg/kg I.V. dose:
Up to 11 ng/mL, declining to 1 ng/mL after one hour.

Following the application of a 100 mcg/hour transdermal patch, serum levels (after an initial lag time of approximately six hours) of 0.8 - 2.6 ng/mL were maintained after application.

Peak plasma levels following a single oral transmucosal dose (fentanyl orolet) of 15 mcg/kg to children: 2 - 4 ng/mL at 20 minutes.

| | | | |
|---|---|---|---|
| NORFENTANYL | 6.63 | ng/mL | 0.25 |
| Analysis by LC/MS/MS | | | |
| *FREE OPIATES PANEL - OPPF* | | | |
| SPECIMEN TYPE | | | |

RECEIVED JUN 0 2 2016



# Wuesthoff Reference Laboratory

6800 Spyglass Court
Melbourne, Florida 32940
Julie Bell, M.D., Laboratory Director

**Patient:** BROWN, KRISTIN
**Client Patient ID:** 5-16-525
**Physician:** WOLF, BARBARA

**Age:** 31 **Sex:** F
**Account#:** VX80046
**Client:** DIST 5 MEDICAL EXAMINER

## TOXICOLOGY

Specimen Collected: 04/07/2016  Lab Order No: 640701424  Reg Date: 04/07/16

| Test Name | Result | Units | Cutoff/Reporting Limits |
|---|---|---|---|
| ILIAC BLOOD | | | |
| CODEINE | NONE DETECTED | mg/L | 0.025 |
| MORPHINE | NONE DETECTED | mg/L | 0.025 |
| HYDROCODONE | NONE DETECTED | mg/L | 0.025 |
| 6-MONOACETYLMORPHINE | NONE DETECTED | mg/L | 0.005 |
| HYDROMORPHONE | NONE DETECTED | mg/L | 0.005 |
| OXYCODONE | 0.043 | mg/L | 0.025 |
| OXYMORPHONE | NONE DETECTED | mg/L | 0.005 |

Analysis by GC/MS

### TOTAL OPIATES PANEL - OPPT

| SPECIMEN TYPE | | | |
|---|---|---|---|
| ILIAC BLOOD | | | |
| CODEINE | NONE DETECTED | mg/L | 0.025 |
| MORPHINE | NONE DETECTED | mg/L | 0.025 |
| HYDROCODONE | NONE DETECTED | mg/L | 0.025 |
| 6-MONOACETYLMORPHINE | NONE DETECTED | mg/L | 0.005 |
| HYDROMORPHONE | NONE DETECTED | mg/L | 0.005 |
| OXYCODONE | 0.043 | mg/L | 0.025 |
| OXYMORPHONE | NONE DETECTED | mg/L | 0.005 |

Analysis by GC/MS

### CLONAZEPAM AND METABOLITE - CLNMS

| SPECIMEN TYPE | | | |
|---|---|---|---|
| ILIAC BLOOD | | | |
| CLONAZEPAM | 3.8 | ng/mL | 2.0 |

Therapeutic range:
10 - 75 ng/mL.
Toxic:
Greater than 100 ng/mL.

RECEIVED JUN 0 2 2016



**Wuesthoff Reference Laboratory**
6800 Spyglass Court
Melbourne, Florida 32940
Julie Bell, M.D., Laboratory Director

Patient: BROWN, KRISTIN  Age: 31 Sex: F
Client Patient ID: 5-16-525  Account#: VX80046
Physician: WOLF, BARBARA  Client: DIST 5 MEDICAL EXAMINER

## TOXICOLOGY

Specimen Collected: 04/07/2016  Lab Order No: 640701424  Reg Date: 04/07/16

| Test Name | Result | Units | Cutoff/Reporting Limits |
|---|---|---|---|
| 7-AMINO CLONAZEPAM | 78 | ng/mL | 2.0 |

Plasma concentrations following chronic therapy with 6 mg/day of Clonazepam: 20 - 140 ng/mL.

Testing performed by NMS Labs, 3701 Welsh Rd, Willow Grove, PA 19090-2910

RECEIVED JUN 0 2 2016

Specimens were intact upon receipt. Chain of custody, specimen security and integrity has been mantained. Testing has been performed as requested

Reviewed by: _____  Date: 5/31/16

FINAL REPORT - THIS COMPLETES REPORTING ON THIS CASE

TOXICOLOGY_REPORT  BROWN, KRISTIN
Form: MM Single RLIT  Page 4 of 4  Printed: 05/31/16 15:21