**U.S. District Court**
**Middle District of Florida**
**Ocala Division**

# GOVERNMENT EXHIBIT

Exhibit No.: __16__

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: _____

Date Admitted: _____

| Time (EST) | Voice or Text | Direction | Duration | Phone Number | Name |
|---|---|---|---|---|---|
| 9:43:30 AM | Voice | Outbound | 2 min, 39 sec | (352) 427-4729 | Jeff Lynn |
| 10:24:26 AM | Voice | Outbound | 3 min, 26 sec | (352) 427-4729 | Jeff Lynn |
| 11:01:29 AM | Voice | Outbound | 4 min, 32 sec | (352) 427-4729 | Jeff Lynn |
| 11:39:52 AM | Voice | Outbound | 2 min, 01 sec | (352) 427-4729 | Jeff Lynn |
| 12:15:34 PM | Voice | Outbound | 2 min, 14 sec | (352) 408-0722 | Angela Stokes |
| 12:56:54 PM | Voice | Routed Call | 33 sec | (352) 427-4729 | Jeff Lynn |
| 12:57:46 PM | Text | Inbound | 0 | (352) 427-4729 | Jeff Lynn |
| 1:47:44 PM | Voice | Outbound | 1 min, 17 sec | (352) 427-4729 | Jeff Lynn |
| 1:56:16 PM | Voice | Outbound | 54 sec | (352) 427-4729 | Jeff Lynn |
| 2:06:37 PM | Voice | Outbound | 18 sec | (352) 804-3783 | Amanda Watson |
| 2:07:17 PM | Voice | Outbound | 17 sec | (352) 816-1015 | David Fey |
| 2:30:27 PM | Voice | Outbound | 39 sec | (352) 427-4729 | Jeff Lynn |
| 2:41:46 PM | Voice | Routed Call | 33 sec | (352) 427-4729 | Jeff Lynn |
| 2:42:59 PM | Voice | Outbound | 5 min, 53 sec | (352) 427-4729 | Jeff Lynn |
| 2:50:26 PM | Voice | Outbound | 48 sec | (352) 804-3783 | Amanda Watson |
| 2:55:46 PM | Text | Outbound | 0 | (352) 804-3783 | Amanda Watson |
| 3:11:14 PM | Voice | Inbound | 1 min, 20 sec | (352) 804-3783 | Amanda Watson |
| 3:23:30 PM | Voice | Inbound | 1 min, 35 sec | (352) 804-3783 | Amanda Watson |
| 3:26:33 PM | Voice | Routed Call | 24 sec | (352) 816-1015 | David Fey |
| 3:26:36 PM | Voice | Undetermined | 15 sec | (352) 816-1015 | David Fey |
| 3:26:50 PM | Voice | Undetermined | 7 sec | (352) 816-1015 | David Fey |
| 3:28:14 PM | Voice | Outbound | 2 min, 38 sec | (352) 427-4729 | Jeff Lynn |
| 3:36:38 PM | Voice | Outbound | 31 sec | (352) 427-4729 | Jeff Lynn |
| 6:03:09 PM | Voice | Inbound | 2 min, 29 sec | (352) 427-4729 | Jeff Lynn |
| 6:22:54 PM | Text | Outbound | 0 | (352) 427-4729 | Jeff Lynn |
| 7:18:43 PM | Voice | Routed Call | 34 sec | (352) 427-4729 | Jeff Lynn |
| 7:31:08 PM | Text | Inbound | 0 | (352) 427-4729 | Jeff Lynn |
| 7:43:06 PM | Voice | Inbound | 52 sec | (352) 427-4729 | Jeff Lynn |
| 8:31:03 PM | Voice | Outbound | 3 min, 25 sec | (352) 427-4729 | Jeff Lynn |
| 10:04:39 PM | Text | Outbound | 0 | (352) 427-4729 | Jeff Lynn |
| 10:04:40 PM | Text | Outbound | 0 | (352) 427-4729 | Jeff Lynn |
| 10:04:40 PM | Text | Outbound | 0 | (352) 427-4729 | Jeff Lynn |
| 10:07:08 PM | Voice | Outbound | 33 sec | (352) 427-4729 | Jeff Lynn |
| 10:10:02 PM | Voice | Outbound | 53 sec | (352) 427-4729 | Jeff Lynn |
| 10:12:18 PM | Voice | Outbound | 1 min, 28 sec | (352) 427-4729 | Jeff Lynn |

| Time | Type | Direction | Duration | Number | Contact |
|---|---|---|---|---|---|
| 11:12:30 PM | Voice | Outbound | 3 sec | (352) 598-6907 | Charles Browning |
| 11:16:13 PM | Voice | Outbound | 50 | (352) 427-4729 | Jeff Lynn |
| 11:20:56 PM | Voice | Outbound | 2 min, 25 sec | (352) 427--4729 | Jeff Lynn |
| 11:26:33 PM | Voice | Inbound | 3 min, 28 sec | (352) 598-6907 | Charles Browning |
| 11:47:07 PM | Voice | Outbound | 1 sec | 454-1270 | Shari Gunter |
| **6-Apr-16** | | | | | |
| 12:38:19 AM | Voice | Outbound | 21 sec | (888) 273-4698 | Unknown |
| 12:52:47 AM | Text | Inbound | 0 | (352) 598-6907 | Charles Browning |
| 12:57:03 AM | Text | Outbound | 0 | (352) 598-6907 | Charles Browning |
| 12:57:17 AM | Text | Outbound | 0 | (352) 598-6907 | Charles Browning |
| 5:03:39 AM | Text | Inbound | 0 | 9485 | Unknown |
| 6:26:33 AM | Text | Inbound | 0 | (352) 427-4729 | Jeff Lynn |
| 7:06:41 AM | Text | Inbound | 0 | (352) 408-0722 | Angela Stokes |
| 7:49:05 AM | Voice | Routed Call | 12 sec | (352) 427-4729 | Jeff Lynn |
| 7:52:17 AM | Voice | Routed Call | 16 sec | (352) 427-4729 | Jeff Lynn |
| 8:02:03 AM | Voice | Routed Call | 7 sec | (352) 427-4729 | Jeff Lynn |
| 8:23:00 AM | Text | Inbound | 0 | (352) 427-4729 | Jeff Lynn |
| 8:30:09 AM | Text | Inbound | 0 | (352) 598-6907 | Charles Browning |
| 9:19:45 AM | Voice | Routed Call | 8 sec | (352) 427-4729 | Jeff Lynn |
| 11:12:47 AM | Voice | Routed Call | 7 sec | (352) 427-4729 | Jeff Lynn |
| 12:28:37 PM | Voice | Routed Call | 10 sec | (352) 598-6907 | Charles Browning |
| 12:30:46 PM | Voice | Routed Call | 7 sec | (352) 427-4729 | Jeff Lynn |
| 12:40:38 PM | Voice | Routed Call | 53 sec | (352) 427-4729 | Jeff Lynn |
| 12:50:55 PM | Text | Inbound | 0 | (352) 427-4729 | Jeff Lynn |
| 1:20:05 PM | Voice | Routed Call | 6 sec | (352) 427-4729 | Jeff Lynn |
| 2:08:12 PM | Voice | Routed Call | 6 sec | (352) 427-4729 | Jeff Lynn |
| 2:24:55 PM | Text | Inbound | 0 | (352) 427-4729 | Jeff Lynn |
| 3:27:04 PM | Voice | Routed Call | 16 sec | (352) 427-4729 | Jeff Lynn |
| 3:32:19 PM | Voice | Routed Call | 16 sec | (352) 427-4729 | Jeff Lynn |
| 3:54:02 PM | Text | Inbound | 0 | (352) 427-4729 | Jeff Lynn |
| 4:06:51 PM | Voice | Routed Call | 7 sec | (352) 427-4729 | Jeff Lynn |
| 5:44:36 PM | Voice | Routed Call | 6 sec | (352) 408-0722 | Angela Stokes |
| 5:49:21 PM | Voice | Routed Call | 6 sec | (352) 427-4729 | Jeff Lynn |
| 8:19:47 PM | Voice | Routed Call | 14 sec | (352) 427-4729 | Jeff Lynn |