

# U.S. District Court
## Middle District of Florida
### Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **34B**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 2 2021

Date Admitted: DEC 0 2 2021




# Secure Call Platform

| | Folder Name: Fey | | | # of recordings: 1 | | | Creation Date: 2016-08-15 09:10:12 | | |
|---|---|---|---|---|---|---|---|---|---|
| INDEX | SITE NAME | CALL TIME | CALLED PARTY | DUR (S) | ORIGINATING PORT | NAME | ACCOUNT # | TERM CODE |
| 1 | Marion County Jail, FL | 08-08-2016 20:27:07 | 3524542272 | 857 | Med B PH 1 | DAVID FEY | 0003843 | Called party hangup |



**Terms and Conditions**
© 2011 Securus Technologies, Inc. All Rights Reserved.