U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: **40A**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 3 2021

Date Admitted: DEC 0 3 2021



U.S. Attorney's Office
Middle District of Florida

AUSA:
Michael P. Felicetta



Date:
August 9, 2021

**EXHIBIT 40a**

U.S. v. David Chappell Fey et al
5:20-cr-59-JA-PRL












**U.S. District Court
Middle District of Florida
Ocala Division**

# GOVERNMENT EXHIBIT

Exhibit No.: **45**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021

# ARREST AFFIDAVIT / FIRST APPEARANCE FORM

**OBTS #:**
**Agency ORI #:**

**Court Case Number:** 16-CF-527
**Felony:** ✓  **Misdemeanor:** ___  **Traffic:** ___  **Juvenile:** ___  **County or Municipal Ordinance Warrant / CAPIAS:** ___
**Agency Case Number:** S16001389

**Defendant's Name:** Last: Brown  First: Kristin  Middle: Jeanine
**DOB:** Mo. 9  Day 16  Yr. 84
**SEX:** F  **RACE:** W  **HGT:** 58  **WGT:** X  **HAIR:** B/N  **EYES:** BLUE

**Mailing Address:** St./P.O. Box: 1418 CR 246
**City:** Oxford  **State:** FL  **Zip:** 34491

**Scars - Marks - Tatoos - Amputations:**

**St. Add. (if different):** 
**Phone: Res.:** ( )
**Place of Birth:**
**Alias:**

**Place of Employment:**
**Phone: Bus.:** ( )
**Occupation:**
**Social Security No.:** ___-6316

**Driver Lic. No.:** B650-510-84-836-0
**State:** FL
**Towed by:**
**Hold on Vehicle:** Yes ☐ No ☐
**Agency:**
**Arrest Suffix:**

**Arrest Date:** Mo. 2  Day 29  Year 16
**Arrest Time:** 22:55
**Arrest Location:** Sumter County

**U.S. Citizen:** Y  N  U  N/A
**Residence Type:** 1. City  2. County  3. Florida  4. Out-of-Florida

**Activity:** F. Forgery  X. Stolen Property  B. Buy  M. Manufacture/Produce/Cultivate  K. Dispense/Distribute  N. N/A
O. Counterfeit  T. Traffic  R. Smuggle  Z. Other
A. Fraud  P. Possess  D. Deliver  U. Use
S. Sell
**Type:** A. Amphetamine  P. Heroin  S. Synthetic  U. Unknown
B. Barbiturate  H. Hallucinogen  Z. Other
C. Cocaine  M. Marijuana  P. Paraphernalia/Equipment  N. N/A
O. Opium/Deriv

## CHARGES

| Description | Counts | Activity | Type | NCIC | CIS | Statute | Bond Amount | In Accordance to Bond Schedule |
|---|---|---|---|---|---|---|---|---|
| Possession of Methamphetamine w/ intent to distribute | 1 | | | | | 893.13 | $5,000 | Y✓ N☐ |
| | | | | | | | | Y☐ N☐ |

**Indication of:**
Alcohol Influence: Y☐ N☐ Unk☐
Drug Influence: Y☐ N☐ Unk☐
**Weapon Seized / Type:** Y☐ N☐

**Juvenile Disposition:**
1. Handled / Processed Within Dept. and Released
2. Turned Over to HRS / CYF
3. Incarcerated (County Jail)

**JAIL LOG:**
**Jail Inmate Number:**

**Date Booked:** 2-29-16
**Time Booked:** AM/PM
**Booking Officer:**
**Fingerprinted By:**
**Photographed By:**
**Bin Number:** 25

**Advised of Rights By:**
**Check for Warrant(s):** NCIC☐ PCIC☐ Local☐
**Holds:** Yes☐ No☐
**Agency of Hold:**

**Attorney:**
**Religion:** J☐ Pr☐ C☐ Other☐
**Marital Status:** S☐ M☐ D☐ Sep☐
**Telephone call logged:** Time ___ AM/PM

**Next of Kin / PARENTS OF JUVENILE:**
**Relation:**
**Address:**
**Phone #:** ( )

**Bond Date:** 3/1/16
**Returnable Court Date:**
**Returnable Court Time:** AM/PM
**Release Date:** / /
**Release Time:** AM/PM
**Releasing Officer:** Sumter

**BOND, Charge A:** Possession of meth w/ intent to sale
**Charge B:**
**Charge C:**
**Charge D:**
**Charge E:**

**NAME AND ADDRESS OF BONDSMAN:** Jasmine Bail Bond
Power # SS-5-214645

**Bond Type:** ROR☐ SURETY✓ Cash☐
**Bail Bond** ✓ Cert☐ Other☐

**Approving Officer Signature:** D. Heath -980

Page 1
MCSO Form 261 - Rev. Oct. '90

16-CF-527

CASE # S16001389

WARRANT
TO ARREST

STATE OF FLORIDA

VS.

KRISTIN JEANINE BROWN
W/F,  DOB: 09/16/1984
EYES:BLU HAIR; BLO
HGT: 5-8 WGT: UNKNOWN
D.L. B650-510-84-836-0
SSN-
LKA: 2033 COUNTY ROAD 245C
OXFORD, FLORIDA 34484

IN THE COUNTY/CIRCUIT OF FIFTH
JUDICIAL CIRCUIT IN AND FOR
MARION COUNTY, FLORIDA.

CHARGES: POSSESSION OF
METHAMPHETAMINE WITH INTENT TO
DISTRIBUTE

IN THE NAME OF THE STATE OF FLORIDA, TO ALL AND SINGULAR THE SHERIFFS AND CONSTABLES OF THE STATE OF FLORIDA:

WHEREAS, **Deputy D. Barker** has this day made oath that on the **11th** day of **January, 2016** in the county and State aforesaid, one **W/F, Kristin J Brown, DOB 9/16/84:** did then and there unlawfully and knowingly:

COUNT I

POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE, IN VIOLATION OF F.S.S. CHAPTER 893.13(1)(a)1.

The offenses set forth in the foregoing Warrant are contrary to the Statute in such cases made and provided and against the peace and dignity of the State of Florida. Attached hereto and made a part hereof by incorporation is Affidavit executed by **Deputy D. Barker**, Affiant herein.

THESE ARE, THEREFORE, to command you to arrest **W/F, Kristin J Brown, DOB 9/16/84:** and bring **HER** before me to be dealt with according to the law.

Given under my hand and seal this 24th day of February, 2016.

_____
COUNTY/CIRCUIT JUDGE

COUNT #1
BOND WILL BE $5,000.00 OBE
($5000 Bond Schedule)

THE STATE OF FLORIDA:

Will Extradite  X    Will Not Extradite ____    STATE ATTORNEY: _____
Bar No. 0027669

***NOTE***

UPON ARREST, DISTRIBUTE A COPY OF THE ARREST AFFIDAVIT/FIRST

APPEARANCE FORM TO DEPUTY D. BARKER OF THE CRIMINAL INTERDICTION

UNIT

CASE # S1600138

# AFFIDAVIT
## FOR
## WARRANT TO ARREST

STATE OF FLORIDA ) IN THE COUNTY/CIRCUIT OF FIFTH
) JUDICIAL CIRCUIT IN AND FOR
VS. ) MARION COUNTY, FLORIDA.
)

**KRISTIN JEANINE BROWN**        CHARGES: POSSESSION OF
**W/F, DOB: 09/16/1984**                 METHAMPHETAMINE WITH INTENT TO
**EYES: BLU HAIR: BLO**                  DISTRIBUTE
**HGT: 5-8 WGT: UNKNOWN**
**D.L. B650-510-84-836-0**
**SSN-**
**LKA: 2033 COUNTY ROAD 245C**
    **OXFORD, FLORIDA 34484**

BEFORE ME, ___David B. Eddy___, Judge of the Circuit/~~County~~ Court in and for said County,

personally came **Deputy D. Barker** who after being duly sworn, deposes and says that on the **11th** day of **January, 2016**, in the County and State aforesaid, one **W/F KRISTIN J BROWN 9/16/1984:** did then and there unlawfully:

HAVE IN HER POSSESSION METHAMPHETAMINE WITH THE INTENT TO DISTRIBUTE IN VIOLATION OF F.S.S. 893.13(1)(a)1 TO WIT:

(1) Your Affiant participated and initiated the traffic stop from which this investigation arose;

(2) On Monday, January 11, 2016, 2016 your Affiant conducted a traffic stop on a vehicle being driven by the suspect, Kristin J Brown, in Marion County, Fl. During the course of the traffic stop the suspect became increasingly more nervous. Consent to search the vehicle was given by the suspect. Before a search could be conducted the suspect stated that her friend "Dave" recently used her vehicle to travel to Dunnellon. She further stated that "Dave" is a drug dealer and sells numerous types of narcotics. The suspect further spontaneously admitted that there was a syringe, a Lortab pill, and other narcotic paraphernalia inside the vehicle. Based on the information given by the suspect your Affiant advised her that a female deputy would be coming to perform a search of her person for any illegal narcotics. Your Affiant asked the suspect if she had any illegal narcotics on her person at which time she started to make statements about the possession of narcotics and how she did not want to go to jail. Before asking her anything further your Affiant advised her of her Miranda Rights, which she waived. The suspect admitted to possessing "Ice", which was concealed in her bra. "Ice" is a street term for crystal methamphetamines. She further stated that "Dave" gave her the "Ice" to sell to a man at the Pedro convenience store. She admitted that she was going to sell the "Ice" for $40-50 in U.S Currency. The suspect retrieved the suspected crystal methamphetamines from her bra at which time your Affiant observed three (3) suspected crystal methamphetamine pieces in a clear plastic bag. The suspected crystal methamphetamines field tested positive for methamphetamines. During a search of the vehicle your Affiant located numerous unused syringes, which she admitted were for the use of injecting the "Ice".

ARREST WARRANT AFFIDAVIT
CASE # S16001389
KRISTIN J BROWN
PAGE 2

(3) Based on the above information, your Affiant believes there is sufficient probable cause for the issuance of an ARREST WARRANT for <u>W/F Kristin J Brown 9/16/1984:</u> for the offense of **POSSESSION OF METHAMPHETAMINES WITH THE INTENT TO DISTRIBUTE** in violation of F.S.S. 893.13(1)(a)1.

The offenses set forth in the foregoing Affidavit are contrary to the statute in such case made and provided and against the peace and dignity of the State of Florida.

SWORN TO AND SUBSCRIBED BEFORE ME
this 24th day of February, 2016.

_____
Deputy D. Barker #5670
AFFIANT

_____          (Seal)
CIRCUIT/~~COUNTY~~ JUDGE