


U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **53A**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



**U.S. District Court**
**Middle District of Florida**
**Ocala Division**

# GOVERNMENT EXHIBIT

Exhibit No.: **53B**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



**U.S. District Court**
**Middle District of Florida**
**Ocala Division**

# GOVERNMENT EXHIBIT

Exhibit No.: **53C**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: 53D

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **53E**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021





U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: 55

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021

David C. Fey

1/28/16   C116-A

Shari L. Gunter

1/28/16  C1#6A

# U.S. District Court
# Middle District of Florida
# Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: 57

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021

**EVIDENCE**
(TO BE OPENED BY AUTHORIZED PERSONNEL ONLY)

CONTROL NO: S 3406001

NOTE
A) Do not use this bag for any evidence that has wet/damp body fluids on it.
B) To seal bag, peel off release liner, then seal bag by pressing down on glue line.

Case Number: 16-1525
Description of Enclosed Evidence: CRYSTAL ROCK SUBSTANCE
Submitting Agency:
Telephone Number:
Evidence Recovered By: T. O'call
Victim's Full Name:
Suspect's Full Name:
Evidence Bag Sealed By: T. O'call
Date Sealed: 1/19/16   Time Sealed: 1935

**CHAIN OF CUSTODY**

| FROM | TO | DATE |
|---|---|---|
| 16-A | SEIS | 1/19/16 |

FOR CRIME LAB PERSONNEL ONLY
CONDITION OF EVIDENCE BAG UPON RECEIPT AT LAB:
☐ SEALED ☐ OTHER
CRIME LAB CASE NO:
NOTES:

---

U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: 57

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified:
Date Admitted:

---

U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: 57

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified:
Date Admitted:

