**U.S. District Court**
**Middle District of Florida**
**Ocala Division**

# GOVERNMENT EXHIBIT

Exhibit No.: 60

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 2 2021

Date Admitted: DEC 0 2 2021



U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **62**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 2 2021

Date Admitted: DEC 0 2 2021



**U.S. District Court**
**Middle District of Florida**
**Ocala Division**

# GOVERNMENT EXHIBIT

Exhibit No.: **65**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 2 2021

Date Admitted: DEC 0 2 2021



# MARION COUNTY SHERIFF'S OFFICE



**Inmate Id #** A0103601
**Booking #** 1600005655
**Booking Date** 07/16/2016 23:34
**Release Date** 07/23/2016 03:35

**Last Name** JENNINGS
**First Name** MARCIA
**Middle Name** KAY
**Suffix**

**City** BELLEVIEW
**ST** FL
**Zip Code** 34420

**Age** 57  **Race** W  **Sex** F  **Height** 508  **Weight** 250  **Hair** RED  **Eyes** BLU

Return to Search Page

## Charge Information

| Charge # | 2 | Violation Code | 893.147-1 | Violation Description | USE OR POSSESSION OF DRUG PARAPHERNALIA | Violation Level | M |
|---|---|---|---|---|---|---|---|
| Violation Description 2 | POSS DRUG PARA | | | | | | |
| Agency Case # | 2016070274 | | | End Of Sentence Date | | | |
| Bond Amount | $1,000.00 | Cleared Type | SURETY | Next Court Date | 8/16/2016 9:00:00 AM | | |
| Charge # | 1 | Violation Code | 893.13-6A | Violation Description | DRUGS-POSSESS-CNTRL SUB WO PRESCRIPTION | Violation Level | F |
| Violation Description 2 | POSS METH | | | | | | |
| Agency Case # | 2016070274 | | | End Of Sentence Date | | | |
| Bond Amount | $2,000.00 | Cleared Type | SURETY | Next Court Date | 8/16/2016 9:00:00 AM | | |

Return to Search Page

**U.S. District Court**
**Middle District of Florida**
**Ocala Division**

# GOVERNMENT EXHIBIT

Exhibit No.: 67

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **69**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021

