U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: **87**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 3 2021

Date Admitted: DEC 0 3 2021

U.S. Attorney's Office
Middle District of Florida



AUSA:
Michael Felicetta

Date:
August 9, 2021


LIMITED
OFFICIAL USE

## Exhibit 87

U.S. v. David Chappell Fey et al
5:20-cr-59-JA-PRL



U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: **87A**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 3 2021

Date Admitted: DEC 0 3 2021

U.S. Attorney's Office
Middle District of Florida

Date:
August 9, 2021

AUSA:
Michael Felicetta

LIMITED
OFFICIAL USE

DVD-R 16X

Exhibit 87A

U.S. v. David Chappell Fey et al
5:20-cr-59-JA-PRL

U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: **87B**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 3 2021

Date Admitted: DEC 0 3 2021



U.S. Attorney's Office
Middle District of Florida



Date:
August 9, 2021

AUSA:
Michael Felicetta



LIMITED
OFFICIAL USE

**Exhibit 87B**

U.S. v. David Chappell Fey et al
5:20-cr-59-JA-PRL

U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: **87C**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 3 2021

Date Admitted: DEC 0 3 2021

U.S. Attorney's Office
Middle District of Florida



AUSA:

Michael Felicetta

Date:

August 9, 2021



## Exhibit 87C

U.S. v. David Chappell Fey et al
5:20-cr-59-JA-PRL

U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: **87D**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 3 2021

Date Admitted: DEC 0 3 2021



U.S. Attorney's Office
Middle District of Florida

AUSA:
Michael Felicetta



LIMITED
OFFICIAL USE

Date:
August 9, 2021

DVD-R 16X 4.7



**Exhibit 87D**
U.S. v. David Chappell Fey et al
5:20-cr-59-JA-PRL

**U.S. District Court**
**Middle District of Florida**
**Ocala Division**

# GOVERNMENT EXHIBIT

Exhibit No.: **88A**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 3 2021

Date Admitted: DEC 0 3 2021



Saturday, June 12, 2021 10:34:26 AM

MED-POD-B-SECTION

U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **88B**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 3 2021

Date Admitted: DEC 0 3 2021



Saturday, June 12, 2021 11:37:56 AM

MED-POD-B-SECTION

**U.S. District Court**
**Middle District of Florida**
**Ocala Division**

# GOVERNMENT EXHIBIT

**Exhibit No.:** 88C

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 3 2021

Date Admitted: DEC 0 3 2021



**U.S. District Court**
**Middle District of Florida**
**Ocala Division**

# GOVERNMENT EXHIBIT

Exhibit No.: __88D__

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: __DEC 0 3 2021__

Date Admitted: __DEC 0 3 2021__



U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **88 E**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 3 2021

Date Admitted: DEC 0 3 2021



Saturday, June 12, 2021 3:41:48 PM

MED-POD-B-SECTION

U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: 88-F

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 3 2021

Date Admitted: DEC 0 3 2021



Saturday, June 12, 2021 3:42:05 PM

MED-POD-B-SECTION