

U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: **108A**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021

U.S. Attorney's Office
Middle District of Florida



AUSA:
Michael Felicetta

Date:
August 9, 2021



Printed From Disclosure
LIMITED
OFFICIAL USE
United States Government Property

**Exhibit 108A**

U.S. v. David Chappell Fey et al
5:20-cr-59-JA-PRl



