

U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: **109**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 2 2021

Date Admitted: DEC 0 2 2021

U.S. Attorney's Office
Middle District of Florida

AUSA: Michael Felicetta




LIMITED OFFICIAL USE

Date: August 9, 2021

**Exhibit 109**
U.S. v. David Chappell Fey et al
5:20-cr-59-JA-PRL