**U.S. District Court**
**Middle District of Florida**
**Ocala Division**

# GOVERNMENT EXHIBIT

Exhibit No.: **111**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: **DEC 0 2 2021**

Date Admitted: **DEC 0 2 2021**

Laundry Room

Kitchen

Bathroom

Bedroom

BATH

Daves Bedroom

Living Room

Bed Room

Door