# U.S. District Court
# Middle District of Florida
# Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **115**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 6 2021

Date Admitted: DEC 0 6 2021

