**U.S. District Court**
**Middle District of Florida**
**Ocala Division**

# GOVERNMENT EXHIBIT

**Exhibit No.:** 1 A

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of-Florida
Ocala Division

# GOVERNMENT EXHIBIT

**Exhibit No.:** 1 B

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **1C**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: 1D

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



**U.S. District Court**
**Middle District of Florida**
**Ocala Division**

# GOVERNMENT EXHIBIT

**Exhibit No.:** _1E_

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **1F**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



**U.S. District Court**
**Middle District of Florida**
**Ocala Division**

# GOVERNMENT EXHIBIT

Exhibit No.: __1 G__

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: __DEC 0 1 2021__

Date Admitted: __DEC 0 1 2021__



U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

**Exhibit No.:** _1 H_

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



**U.S. District Court**
**Middle District of Florida**
**Ocala Division**

# GOVERNMENT EXHIBIT

**Exhibit No.:** 1 I

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **1 J**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: **DEC 0 1 2021**

Date Admitted: **DEC 0 1 2021**



U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: **1 K**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



**U.S. District Court**
**Middle District of Florida**
**Ocala Division**

# GOVERNMENT EXHIBIT

Exhibit No.: 1 L

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **1 M**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **1 N**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



# U.S. District Court
## Middle District of Florida
## Ocala Division

# GOVERNMENT EXHIBIT

**Exhibit No.:** 10

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

**Exhibit No.:** 17

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **1Q**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



**U.S. District Court**
**Middle District of Florida**
**Ocala Division**

# GOVERNMENT EXHIBIT

**Exhibit No.:** 1 B

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **15**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: 1 T

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: _1 U_

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



**U.S. District Court**
**Middle District of Florida**
**Ocala Division**

# GOVERNMENT EXHIBIT

**Exhibit No.:** I V

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021

