U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: **3A**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



# U.S. District Court
## Middle District of Florida
## Ocala Division

# GOVERNMENT EXHIBIT

**Exhibit No.:** 3B

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **3C**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **3D**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **3E**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: **DEC 0 1 2021**

Date Admitted: **DEC 0 1 2021**



U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **3 F**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



# U.S. District Court
## Middle District of Florida
## Ocala Division

# GOVERNMENT EXHIBIT

**Exhibit No.:** **3 G**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



# U.S. District Court
## Middle District of Florida
## Ocala Division

# GOVERNMENT EXHIBIT

**Exhibit No.:** 3 H

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: 3 I

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: **3J**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: **3K**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

**Exhibit No.:** 3L

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: **3 M**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **3 N**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



# U.S. District Court
## Middle District of Florida
## Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **30**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



**U.S. District Court**
**Middle District of Florida**
**Ocala Division**

# GOVERNMENT EXHIBIT

Exhibit No.: **3P**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **3Q**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



**U.S. District Court**
**Middle District of Florida**
**Ocala Division**

# GOVERNMENT EXHIBIT

**Exhibit No.:** 3R

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 00 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **3 S**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: **3 T**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



**U.S. District Court**
**Middle District of Florida**
**Ocala Division**

# GOVERNMENT EXHIBIT

Exhibit No.: **3 4**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



**U.S. District Court**
**Middle District of Florida**
**Ocala Division**

# GOVERNMENT EXHIBIT

Exhibit No.: **3 V**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



**U.S. District Court**
**Middle District of Florida**
**Ocala Division**

# GOVERNMENT EXHIBIT

**Exhibit No.:** 3 W

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **3 X**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021

