U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **4A**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: **DEC 0 1 2021**

Date Admitted: **DEC 0 1 2021**



U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **4B**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: 4C

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021

U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **4D**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



# U.S. District Court
## Middle District of Florida
## Ocala Division

# GOVERNMENT EXHIBIT

**Exhibit No.:** 4E

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **4F**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: **46**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



**U.S. District Court**
**Middle District of Florida**
**Ocala Division**

# GOVERNMENT EXHIBIT

**Exhibit No.:** 4H

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: 4 I

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **45**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



*U.S. District Court*
*Middle District of Florida*
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: __4K__

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: __DEC 0 1 2021__

Date Admitted: __DEC 0 1 2021__



U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **4L**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **4 M**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: 4N

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



**U.S. District Court**
**Middle District of Florida**
**Ocala Division**

# GOVERNMENT EXHIBIT

Exhibit No.: **40**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



# U.S. District Court
## Middle District of Florida
## Ocala Division

# GOVERNMENT EXHIBIT

**Exhibit No.:** 47

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: 4 Q

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: **4R**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021

