U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: 9

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 6 2021

Date Admitted: DEC 0 6 2021



# Wuesthoff Reference Laboratory

6800 Spyglass Court
Melbourne, Florida 32940
Julie Bell, M.D., Laboratory Director

**Patient:** BROWN, KRISTIN
**Client Patient ID:** 5-16-525
**Physician:** WOLF, BARBARA

**Age:** 31  **Sex:** F
**Account#:** VX80046
**Client:** DIST 5 MEDICAL EXAMINER

## TOXICOLOGY

Specimen Collected: 04/07/2016     Lab Order No: 640701424     Reg Date: 04/07/16

| Test Name | Result | Units | Cutoff/Reporting Limits |
|---|---|---|---|
| *VOLATILE PANEL - VOLP* | | | |
| SPECIMEN TYPE | | | |
| ILIAC BLOOD | | | |
| ETHANOL | NONE DETECTED | g/dL | 0.010 |
| ACETONE | NONE DETECTED | mg/dL | 7.5 |
| METHANOL | NONE DETECTED | mg/dL | 15.0 |
| ISOPROPANOL | NONE DETECTED | mg/dL | 15.0 |

Analysis by Gas Chromatography (GC) Headspace Injection

*BLOOD DRUG SCREEN - BDSME*
  SPECIMEN TYPE
    HEART BLOOD
  GC/MS
    AMPHETAMINE, METHAMPHETAMINE, COCAINE METABOLITE, NICOTINE METABOLITE, CAFFEINE
  LC/MS/MS
  LC/MS/MS TESTING PERFORMED ON ILIAC BLOOD

    AMPHETAMINE, METHAMPHETAMINE, OXYCODONE, FENTANYL, NORFENTANYL, COCAINE, COCAINE
    METABOLITE, 7-AMINOCLONAZEPAM, CAFFEINE, CAFFEINE METABOLITE

*BLOOD IMMUNOASSAY SCREEN*

| Test Name | Result | Units | Cutoff/Reporting Limits |
|---|---|---|---|
| SPECIMEN TYPE | | | |
| ILIAC BLOOD | | | |
| AMPHETAMINES | POSITIVE | mg/L | 0.100 |
| BARBITURATES | NEGATIVE | mg/L | 0.100 |
| BENZODIAZEPINES | NEGATIVE | mg/L | 0.050 |
| BUPRENORPHINE | NEGATIVE | mg/L | 0.001 |
| CANNABINOIDS | NEGATIVE | mg/L | 0.050 |
| COCAINE METABOLITE | POSITIVE | mg/L | 0.100 |
| FENTANYL | POSITIVE | mg/L | 0.001 |
| OPIATES | POSITIVE | mg/L | 0.050 |
| SALICYLATES | NEGATIVE | mg/L | 50.0 |

RECEIVED JUN 0 2 2016

---

TOXICOLOGY_REPORT
Form: MM Single RLIT

BROWN, KRISTIN
Page 1 of 4

Printed: 05/31/16 15:21



# Wuesthoff Reference Laboratory

6800 Spyglass Court
Melbourne, Florida 32940
Julie Bell, M.D., Laboratory Director

| Patient: | BROWN, KRISTIN | Age: 31 Sex: F |
|---|---|---|
| Client Patient ID: | 5-16-525 | Account#: VX80046 |
| Physician: | WOLF, BARBARA | Client: DIST 5 MEDICAL EXAMINER |

## TOXICOLOGY

Specimen Collected: 04/07/2016    Lab Order No: 640701424    Reg Date: 04/07/16

| Test Name | Result | Units | Cutoff/Reporting Limits |
|---|---|---|---|

### AMPHETAMINES PANEL - AMPP
SPECIMEN TYPE
ILIAC BLOOD

| | | | |
|---|---|---|---|
| AMPHETAMINE | 0.646 | mg/L | 0.050 |
| METHAMPHETAMINE | 3.390 | mg/L | 0.050 |

Analysis by GC/MS

### COCAINE PANEL - COCP
SPECIMEN TYPE
ILIAC BLOOD

| | | | |
|---|---|---|---|
| ECGONINE METHYL ESTER | 0.058 | mg/L | 0.025 |
| COCAINE | NONE DETECTED | mg/L | 0.025 |
| COCAETHYLENE | NONE DETECTED | mg/L | 0.025 |
| BENZOYLECGONINE | 0.282 | mg/L | 0.025 |

Analysis by GC/MS

### FENTANYL PANEL - FENP
SPECIMEN TYPE
ILIAC BLOOD

| | | | |
|---|---|---|---|
| FENTANYL | 13.40 | ng/mL | 0.25 |

Immediately following a single 2 mcg/kg I.V. dose:
Up to 11 ng/mL, declining to 1 ng/mL after one hour.

Following the application of a 100 mcg/hour transdermal patch, serum levels (after an initial lag time of approximately six hours) of 0.8 - 2.6 ng/mL were maintained after application.

Peak plasma levels following a single oral transmucosal dose (fentanyl orolet) of 15 mcg/kg to children: 2 - 4 ng/mL at 20 minutes.

| | | | |
|---|---|---|---|
| NORFENTANYL | 6.63 | ng/mL | 0.25 |

Analysis by LC/MS/MS

### FREE OPIATES PANEL - OPPF
SPECIMEN TYPE

RECEIVED JUN 0 2 2016



**Wuesthoff Reference Laboratory**
6800 Spyglass Court
Melbourne, Florida 32940
Julie Bell, M.D., Laboratory Director

Patient: BROWN, KRISTIN  
Client Patient ID: 5-16-525  
Physician: WOLF, BARBARA  

Age: 31  Sex: F  
Account#: VX80046  
Client: DIST 5 MEDICAL EXAMINER  

## TOXICOLOGY

Specimen Collected: 04/07/2016   Lab Order No: 640701424   Reg Date: 04/07/16

| Test Name | Result | Units | Cutoff/Reporting Limits |
|---|---|---|---|
| **ILIAC BLOOD** | | | |
| CODEINE | NONE DETECTED | mg/L | 0.025 |
| MORPHINE | NONE DETECTED | mg/L | 0.025 |
| HYDROCODONE | NONE DETECTED | mg/L | 0.025 |
| 6-MONOACETYLMORPHINE | NONE DETECTED | mg/L | 0.005 |
| HYDROMORPHONE | NONE DETECTED | mg/L | 0.005 |
| OXYCODONE | 0.043 | mg/L | 0.025 |
| OXYMORPHONE | NONE DETECTED | mg/L | 0.005 |

Analysis by GC/MS

### TOTAL OPIATES PANEL - OPPT
SPECIMEN TYPE

| Test Name | Result | Units | Cutoff/Reporting Limits |
|---|---|---|---|
| **ILIAC BLOOD** | | | |
| CODEINE | NONE DETECTED | mg/L | 0.025 |
| MORPHINE | NONE DETECTED | mg/L | 0.025 |
| HYDROCODONE | NONE DETECTED | mg/L | 0.025 |
| 6-MONOACETYLMORPHINE | NONE DETECTED | mg/L | 0.005 |
| HYDROMORPHONE | NONE DETECTED | mg/L | 0.005 |
| OXYCODONE | 0.043 | mg/L | 0.025 |
| OXYMORPHONE | NONE DETECTED | mg/L | 0.005 |

Analysis by GC/MS

### CLONAZEPAM AND METABOLITE - CLNMS
SPECIMEN TYPE

| Test Name | Result | Units | Cutoff/Reporting Limits |
|---|---|---|---|
| **ILIAC BLOOD** | | | |
| CLONAZEPAM | 3.8 | ng/mL | 2.0 |

Therapeutic range:
10 - 75 ng/mL.
Toxic:
Greater than 100 ng/mL.

RECEIVED JUN 0 2 2016



# Wuesthoff Reference Laboratory

6800 Spyglass Court
Melbourne, Florida 32940
Julie Bell, M.D., Laboratory Director

| | |
|---|---|
| Patient: BROWN, KRISTIN | Age: 31   Sex: F |
| Client Patient ID: 5-16-525 | Account#: VX80046 |
| Physician: WOLF, BARBARA | Client: DIST 5 MEDICAL EXAMINER |

## TOXICOLOGY

Specimen Collected :04/07/2016   Lab Order No: 640701424   Reg Date: 04/07/16

| Test Name | Result | Units | Cutoff/Reporting Limits |
|---|---|---|---|
| 7-AMINO CLONAZEPAM | 78 | ng/mL | 2.0 |

Plasma concentrations following chronic therapy with 6 mg/day of Clonazepam: 20 - 140 ng/mL.

Testing performed by NMS Labs, 3701 Welsh Rd, Willow Grove, PA 19090-2910

RECEIVED JUN 0 2 2016

Specimens were intact upon receipt. Chain of custody, specimen security and integrity has been mantained. Testing has been performed as requested

Reviewed by: _____   Date: 5/31/16

FINAL REPORT - THIS COMPLETES REPORTING ON THIS CASE

TOXICOLOGY_REPORT   BROWN, KRISTIN

Form: MM Single RLIT   Page 4 of 4   Printed: 05/31/16 15:21