U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: 20

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 2 2021

Date Admitted: DEC 0 2 2021

VICTIM / **WITNESS** STATEMENT FORM (circle one)　　　　　EXHIBIT # 1

CASE # SCSO16OFF001463　　Page 1 of 1

I, James Jackson, HEREBY MAKE THIS STATEMENT TO D/S Dodge 60340 WHO HAS IDENTIFIED HIM / HERSELF TO ME AS A DEPUTY SHERIFF OF THE SUMTER COUNTY SHERIFF'S OFFICE, IN THE PRESENCE OF:

Around 9:00 A.M. past cemetery, saw car parked, worker told me thought someone was sleeping in car.

Around 2:30 P.M. saw car still at cemetery, went by car & saw woman inside, blew horn, no response called 911

JJ I swear or affirm that the facts and statements contained herein are true to the best of my knowledge.

SWORN TO AND SUBSCRIBED, or AFFIRMED, Before me this 6th day of April, 2016.

_____　AFFIANT

D/S Dodge　60340　　　　SCSO
Notary Public / Certified Officer　　Agency

ID # 544　　　　(Revised 08/14)

# U.S. District Court
## Middle District of Florida
## Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **21A**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 6 2021

Date Admitted: DEC 0 6 2021



U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: 21 B

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 6 2021

Date Admitted: DEC 0 6 2021



# U.S. District Court
# Middle District of Florida
# Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: 21 C

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 6 2021

Date Admitted: DEC 0 6 2021



U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **21D**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 6 2021

Date Admitted: DEC 0 6 2021





# U.S. District Court
## Middle District of Florida
## Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **22 A**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 2 2021

Date Admitted: DEC 0 2 2021

