U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: **43 A**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 3 2021

Date Admitted: DEC 0 3 2021

U.S. Attorney's Office
Middle District of Florida



Date:
August 9, 2021

AUSA:
Michael Felicetta


LIMITED
OFFICIAL USE



## Exhibit 43A

U.S. v. David Chappell Fey et al
5:20-cr-59-JA-PRL

U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: **43b**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 3 2021

Date Admitted: DEC 0 3 2021





U.S. Attorney's Office
Middle District of Florida

AUSA:
Michael P. Felicetta

Date:
August 9, 2021

LIMITED OFFICIAL USE

**EXHIBIT 43b**

U.S. v. David Chappell Fey et al
5:20-cr-59-JA-PRL

U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: **43 T**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 3 2021

Date Admitted: DEC 0 3 2021

**Transcribed in re:**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 5:20-cr-59-Oc-28PRL
JA-56-0018

UNITED STATES OF AMERICA,
    Plaintiff,

versus

DAVID CHAPPELL FEY,
    Defendant.
_____/

**TRANSCRIBED FROM DIGITAL RECORDING**

INTERVIEW OF:     SHARI GUNTER

INTERVIEWERS:     SPECIAL AGENT VICTORIA ST. JOHN, FDLE
                    SPECIAL AGENT JEFF VASH, FDLE
                    DETECTIVE DAVID RASNICK, MCSO

LOCATION:         MARION COUNTY JAIL
                    3290 Northwest 10th Street
                    Ocala, Florida 34475

DATE:              NOVEMBER 10, 2016

TRANSCRIBED FROM
DOWNLOAD BY:      SHELLY L. OWEN, CET
                    Certified Transcriptionist (AAERT)

AUDIO FILE:       161110-001.mp4

1       November 10, 2016

2       **(Transcript from digital recording, as follows:)**

3       ST. JOHN:  Today's date is Thursday, November 10.  The

4       time on-deck is 1021 hours.  I am Special Agent Victoria St.

5       John.  I have with me Special Agent Jeff Vash and Detective

6       Dave Rasnick, with the Marion County Sheriff's Office.  We

7       are conducting an interview with Shari Gunter, reference to

8       Case Number JA-56-0018.

9       Ms. Gunter, I'm going to read you your Constitutional

10      rights because you are incarcerated.

11      Before you make any statement or answer any questions,

12      you must fully understand your Constitutional rights.  You

13      have the right to remain silent.  Anything you can say will

14      be used against you in a court of law.  You have a right to

15      call or obtain an attorney at this time, or have one present

16      now, or at any time during questioning.

17      Do you understand that?

18      MS. GUNTER:  Hm-hmm (affirmative).

19      ST. JOHN:  Okay.  If you cannot afford an attorney, one

20      will be provided for you prior to any questioning, if you so

21      desire.  If you decide to answer questions now, you have the

22      right to stop answering at any time during questioning.

23      All right, and this here is:  I have fully read the

24      above statement and fully understand what my rights are.  You

25      sign and date that, if you would?

1       I need a pen.  Do you have my pen?

2       RASNICK:  Face it down.

3       MS. GUNTER:  No.  I just changed it, too.

4       ST. JOHN:  Okay.  And you agree to speak with us,

5   correct, on record?

6       MS. GUNTER:  Yeah.

7       VASH:  Yeah, and part of this we ask your permission

8   would you mind if we record the interview also, right?

9       MS. GUNTER:  All right.

10      VASH:  Okay.

11      ST. JOHN:  Okay, all right, we are here regarding

12  Kristen Brown.  Can you tell us your relationship with her?

13      MS. GUNTER:  She was a friend of mine.

14      ST. JOHN:  Okay.

15      VASH:  How long, how long were y'all friends?

16      MS. GUNTER:  Not very long, a couple months.

17      ST. JOHN:  Per se, when did your friendship begin or

18  end?

19      MS. GUNTER:  When she needed a place to stay and when

20  she died, I guess.

21      ST. JOHN:  So, in relation to her death, were you

22  friends at that time?

23      MS. GUNTER:  Yes, ma'am.

24      ST. JOHN:  Okay.

25      VASH:  Do you have a picture of Kristen?  Who were you

1　living with at that time, or who, who were you staying with

2　at that time?

3　　　MS. GUNTER:　I was staying at -- my camper is out at her

4　house.

5　　　ST. JOHN:　(INDISCERNIBLE)

6　　　RASNICK:　(INDISCERNIBLE) there is, there was.　Just

7　want to make sure that we're talking about the same person.

8　　　MS. GUNTER:　There's Krissy Green (phonetic), too.

9　Yeah.

10　　　RASNICK:　Yeah, that's why I want to show you a picture,

11　to make sure --

12　　　MS. GUNTER:　Uh-huh (affirmative).

13　　　RASNICK:　-- that we was talking about the same girl.

14　　　MS. GUNTER:　She had a couple of other names, too.

15　　　VASH:　How'd you meet her?

16　　　MS. GUNTER:　She needed a place to stay.　Actually, I

17　met her through Karin Gosman.　Karin brought her over.　Yeah.

18　And then she started sleeping on our couch, 'til she got her

19　stuff together, and we helped her get her a beauty shop

20　going, and she met a boyfriend and he helped her, too, and --

21　　　VASH:　Who, who's "we" helped her get a beauty shop

22　going?

23　　　MS. GUNTER:　Me and my fiance'.

24　　　VASH:　Who's that?

25　　　MS. GUNTER:　David Fey.

1    VASH:  Okay.

2    RASNICK:  Who was, who was her who was her boyfriend?

3    MS. GUNTER:  Amanda's brother -- let me think what her

4    last name is.  He owns a concrete company.

5    RASNICK:  That'd be Jeff Lynn?

6    MS. GUNTER:  There you go.  Jeff Lynn.

7    ST. JOHN:  Just want to confirm this is the Kristen

8    Brown, well, --

9    MS. GUNTER:  Yes, that's her.

10   ST. JOHN:  Okay.  Okay?

11   MS. GUNTER:  Yes.

12   VASH:  How long do you think it was?  How many months,

13   do you think it had been since, since y'all were friends or

14   how -- what was the exact --

15   MS. GUNTER:  A good five or six.

16   VASH:  Five or six?  Okay.

17   ST. JOHN:  Okay.  And I want to explain one thing.

18   We're not here to charge you with selling drugs, selling hard

19   drugs, whoever you sold drugs to.  We're not here for that,

20   just to let you know.  If you did sell her drugs, we're not

21   pursuing that, just to let you know, okay.  We just want to

22   find out what happened to Ms. Brown, to see what you know,

23   any events that took place.  You know, did you see her that

24   day?  What happened that day?  Any, any information that you

25   can provide us.

1      MS. GUNTER:  I'm not really sure.  I was on the run for

2  a couple of days before any of that come down.

3      ST. JOHN:  What do you mean by "on the run"?

4      MS. GUNTER:  The -- I was wanted.

5      ST. JOHN:  Okay.  And be -- feel free to talk to us

6  about this.

7      RASNICK:  Be open and honest.

8      ST. JOHN:  -- because we're not, we're not here to press

9  drug charges.  If you sold her drugs that day, we're not here

10  to press charges on that.  We just want to get to the truth,

11  okay.

12      MS. GUNTER:  Hm-hmm.

13      VASH:  You were in Tennessee?  Kentucky?

14      MS. GUNTER:  Hmm?

15      VASH:  Where were you?  You, you were out-of-state?

16  Were you in Tennessee or Kentucky at the time?

17      MS. GUNTER:  No, I was here.

18      VASH:  You were here all the time?  Okay.

19      ST. JOHN:  Okay.

20      VASH:  Did you ever indicate to anybody else you may

21  have been out-of-state?

22      MS. GUNTER:  Yes.

23      VASH:  Okay.

24      MS. GUNTER:  In fact, I went down to South Florida.  I

25  went down to close to Miami with a truck driver, and was

1  there a couple of days, and came back.

2      VASH:  Okay.

3      MS. GUNTER:  Yeah.  And then I went all the way to

4  Georgia and then came back, 'cause that was the route.

5      VASH:  Who was the truck driver?

6      MS. GUNTER:  Several different ones.

7      VASH:  Okay.

8      ST. JOHN:  So on the day that Kristen passed away, did

9  you have any contact with her?

10     MS. GUNTER:  No.

11     ST. JOHN:  Okay.

12     VASH:  When was the last time you had contact with her,

13  if you can remember?

14     MS. GUNTER:  Well, David dropped me off at my camper.

15  Me and him got into an argument and I walked off.  When I

16  walked off, I think he called the police on me.

17     Anyway, I was walking down the road.  An officer pulled

18  up, and I was down in the ditch, and he hollered at me and

19  told me he was going to sic his dog on me, and I told him,

20  "Go right ahead," and that's when I left.

21     VASH:  He didn't sic his dog?  Didn't have a dog?

22     MS. GUNTER:  I don't know.

23     VASH:  Obviously not, 'cause you got away, right?

24     MS. GUNTER:  I don't know.  I hit the water as soon as I

25  could.

1      VASH:  Okay.

2      MS. GUNTER:  And that's when I went to the truck stop

3  and got in -- I laid in a ditch for all night, until the next

4  morning.  A trucker took me in and he took me down south and

5  bought me clothes, and brought me back up, and then took me

6  down to Georgia, and brought me back.

7      VASH:  What, what did you and David have a fight about,

8  if you don't mind me asking?

9      MS. GUNTER:  I was mad 'cause he was leaving me there.

10     VASH:  At the camper?

11     MS. GUNTER:  No.

12     VASH:  What's David involved in?  He's your fiancé.

13     MS. GUNTER:  Hmm?

14     VASH:  What's, what's David been involved with?  He's

15  your fiance'.

16     MS. GUNTER:  What do you mean what's he been involved

17  in?

18     VASH:  What's he been involved with, leaving you at the

19  camper?  I mean, what's, what's he doing?

20     MS. GUNTER:  He just, you know, didn't need the heat at

21  his house, and I understand that.

22     VASH:  What's that?

23     MS. GUNTER:  'Cause the police were looking for me

24  there.  They were coming to his house.  They had his house as

25  my, my residence.

1      VASH:  Okay.

2      MS. GUNTER:  Yeah, and I was a little bit drunk.

3      VASH:  And, and what was the nature of the fight between

4  the two of you?  Just because he was leaving you there?

5      MS. GUNTER:  Yeah, 'cause he's a good ol' boy and I been

6  on my own for so long, isn't nobody going to tell me what to

7  do.  You know, just that kind of thing.

8      VASH:  Did Kristen's name, by any, in any way, shape, or

9  form, come up in that fight?

10      MS. GUNTER:  No.  We were at her house, in fact, when it

11  happened.  In fact, 'cause I walked from her house.  I left

12  my -- he had just dropped me off and he left.  And when he

13  left, I left my purse and everything right in the front door

14  of my camper and left the door open and just walked off.

15      And then I heard her car come down the end of the road

16  and holler at me, but she couldn't see me 'cause I was

17  already in the door.  And then she went back.

18      ST. JOHN:  So this, was this the day that she passed

19  away, or --

20      MS. GUNTER:  No.

21      ST. JOHN:  -- previous?

22      VASH:  And then you --

23      MS. GUNTER:  You know, it's been -- like, I was gone for

24  three or four days.

25      ST. JOHN:  Okay.

1    MS. GUNTER: Yeah.

2    VASH: What kind of car was she driving then?

3    MS. GUNTER: She was in David Lynn's blue --

4    RASNICK: Jeffrey Lynn?

5    MS. GUNTER: Jeffrey Lynn, yeah. Jeffrey's blue dually.

6    Anyway, the one that has the -- I heard she hit the fence or

7    something coming out, and so one side has a hole in it above

8    the dually tires, because she put a hole in it with a hammer

9    or something. Her and him got into a fight. I don't know

10   what over, 'cause I wasn't there.

11   ST. JOHN: Are you aware of the type of dope that she

12   used? What are you ...

13   MS. GUNTER: What didn't she use?

14   ST. JOHN: Okay. You know, I'm just asking. I mean,

15   was it meth or heroin, fentanyl, --

16   MS. GUNTER: All of it.

17   ST. JOHN: -- pills?

18   MS. GUNTER: Everything.

19   ST. JOHN: Everything? Okay.

20   MS. GUNTER: In fact, we picked her up one time over at

21   Mark's house, and somebody had overdosed her. I don't know

22   who did it.

23   ST. JOHN: Mark? Last name?

24   MS. GUNTER: Mudloff.

25   ST. JOHN: Okay.

1    MS. GUNTER: Somebody had overdosed her. We went and

2    picked her up there, and she would never tell us who did it

3    and what had happened, but something happened, and I never --

4    'cause we were going to seek retribution to whoever was --

5    (INDISCERNIBLE) I don't know. Karin was there, too. Karin

6    Gosman was there, Lottie was there, and they called us. And

7    I don't know how she made it to Mark's, but they called us

8    because they was afraid she was going to OD.

9    She said somebody slipped her a mickey, and she never

10   would tell us who. And if she told anybody, I don't know.

11   ST. JOHN: What's a mickey?

12   MS. GUNTER: Too much.

13   VASH: Okay, how would she usually ingest it, do you

14   know?

15   MS. GUNTER: She shot up.

16   VASH: Shot up? Okay. I was going to say the recorder

17   can't see you doing a motion with a needle.

18   MS. GUNTER: Yeah, she shot up. Everything she did, she

19   shot up.

20   VASH: Shot up.

21   ST. JOHN: Now, did you ever --

22   I'm sorry. Go ahead.

23   VASH: No, I'm good.

24   ST. JOHN: Did you ever -- and like I say, I'm not here

25   to press charges on you for drugs. I just need the truth.

1  Did you ever supply her with any, any dope, whether it be

2  pills --

3      MS. GUNTER:  A couple of times, yeah.

4      ST. JOHN:  Yeah?  Okay.

5      RASNICK:  Did your fiance' David, did he ever sell

6  drugs?

7      MS. GUNTER:  No, he never did wanted -- mm-mmm

8  (negative).

9      RASNICK:  He never sold her drugs?

10     MS. GUNTER:  No.  She always wanted -- mm-mmm

11 (negative).

12     ST. JOHN:  She always wanted what?

13     MS. GUNTER:  Something for nothing, and he wasn't about

14 to do that.

15     ST. JOHN:  Okay.

16     VASH:  So she's never gotten any dope from David?

17     MS. GUNTER:  If she did, I really didn't know about it.

18     VASH:  Okay.  And when you were talking about the crew

19 that was there -- you said Karin and, and Lottie -- Lottie is

20 Mark's wife, is it --

21     MS. GUNTER:  Fiancee or whatever, yeah.

22     VASH:  Yeah, fiancée, okay.

23     MS. GUNTER:  Yeah.

24     VASH:  Do you know what her last name is?

25     MS. GUNTER:  I do, but it's on -- I can't remember

1  exactly.

2      VASH:  Okay.

3      MS. GUNTER:  They were supposed to be married and

4  they're not.  But she lives with him.  Lottie's always been

5  at Mark's.

6      VASH:  You guys pretty close with Mark and Lottie, you

7  and David?

8      MS. GUNTER:  Yeah, I've known Mark a long time.  So has

9  David.

10      VASH:  What's Mark's story?  Tell me about Mark.

11      MS. GUNTER:  I don't know about Mark.

12      VASH:  Well, you've known him a long time.

13      MS. GUNTER:  Yeah, I've known him a long time, but what

14  do you mean what's his story?  He just --

15      VASH:  What's his story?

16      MS. GUNTER:  I don't --

17      VASH:  He puts out to everybody that he's like some

18  spook.

19      MS. GUNTER:  I know.  He's --

20      VASH:  He's, he's the CIA or something.  What's up with

21  that?

22      MS. GUNTER:  He's crazy.  He's a nut, but you got to

23  deal with it.  He does stuff for us.  He fixes our computers,

24  you know, comes over, and we help him out, he helps us out, a

25  little bit of this and that.  You know, he's somebody you

1   know that will help you out if you need a place to stay,

2   whatever, food.  You know, you need help moving stuff.  He'll

3   do what he can, as far as it goes.

4       VASH:  As far as it goes?

5       MS. GUNTER:  You know, as far as he can.

6       VASH:  As far as he can?

7       MS. GUNTER:  Yeah.

8       VASH:  Okay.  Do you know what he does for a living?

9       MS. GUNTER:  He has partnership in a storage place and

10  also in a pawnshop.  And also he works at some kind of flea

11  market stuff.  But lately he hasn't been doing too much

12  'cause he hurt his knee.  Lottie usually is the one that

13  works.

14      VASH:  Where is she working?

15      MS. GUNTER:  At the pawnshop.

16      VASH:  She works at the pawnshop?

17      MS. GUNTER:  Yeah.

18      VASH:  Do you know which pawnshop it is?

19      MS. GUNTER:  Yeah, it's the one right there next to the

20  bank in Belleview.

21      RASNICK:  The one that Frank Cafaro owns?

22      MS. GUNTER:  Thank you.

23      VASH:  Is the, the storage place also down there in

24  Belleview?

25      MS. GUNTER:  Yes.

1      RASNICK:  That's the one that's behind Publix?

2      MS. GUNTER:  No.

3      VASH:  What's, what's the, what's the name of the

4  storage place?

5      MS. GUNTER:  I'm missing my phone calls (INDISCERNIBLE),

6  too.

7      RASNICK:  Where, where's the storage place at?

8      MS. GUNTER:  That's where my storage is.

9      RASNICK:  Yours is?

10      MS. GUNTER:  Yeah.

11      RASNICK:  Okay.  Where's the other storage facility at?

12      MS. GUNTER:  It's by the railroad tracks.

13      RASNICK:  By the railroad tracks?

14      MS. GUNTER:  Yeah.

15      RASNICK:  Over on C-25?

16      MS. GUNTER:  Why?  What are you looking for?

17      RASNICK:  No, I'm just -- I'm asking.  You said that he

18  owns a storage shot.

19      MS. GUNTER:  He don't own it.

20      RASNICK:  He's partners in it, right?

21      MS. GUNTER:  Right.

22      RASNICK:  I was just curious of which one.

23      MS. GUNTER:  Mmmm.

24      VASH:  Well, now you know what we're talking about, what

25  do you think we were looking for?

1      MS. GUNTER:  I don't know.  What are you looking for?

2      VASH:  We're looking for what you, you can tell us about

3  your and David's relationship with Mark and with Kristen.

4      MS. GUNTER:  I just told you.

5      VASH:  Okay.  And you're saying that David, to your

6  knowledge, never spotted her any drugs or anything?

7      MS. GUNTER:  No.  I know she's stolen from him.

8      VASH:  What did she steal from him?

9      MS. GUNTER:  Drugs, if she ever could find them, yeah,

10  'cause we'd leave her at home in the house and stuff.

11      VASH:  And that was at David's house, where you were

12  staying?

13      MS. GUNTER:  My David, yeah.

14      VASH:  Yeah, your David.

15      RASNICK:  How's your relationship with David right now?

16      MS. GUNTER:  My David?

17      RASNICK:  Hm-hmm (affirmative).

18      MS. GUNTER:  It's fine.  Why?

19      RASNICK:  Okay.  So if -- when's the last time you've

20  seen him?

21      MS. GUNTER:  Before the day he went to jail.

22      RASNICK:  And your relationship was fine then?

23      MS. GUNTER:  Yeah.

24      VASH:  When's the last time you communicated with him in

25  the jail?

1     MS. GUNTER:  I don't.

2     VASH:  When's the last time you communicated with him in

3     the jail?

4     MS. GUNTER:  I don't.

5     RASNICK:  No kiting going on in here?

6     MS. GUNTER:  No.  I do not do that.  No.

7     VASH:  Okay.

8     MS. GUNTER:  As far as I know, he's in lock.  Is he?

9     RASNICK:  I don't know.  I know he was supposed to have

10    got out of jail, like, four days ago.

11    MS. GUNTER:  Really?

12    RASNICK:  I know he's doing a lot of talking to people,

13    so.

14    MS. GUNTER:  About what?

15    RASNICK:  Your name's came up.

16    MS. GUNTER:  All right.

17    RASNICK:  He's telling --

18    ST. JOHN:  That's why we're here.

19    RASNICK:  He's trying to push stuff away from him.

20    MS. GUNTER:  What stuff?

21    RASNICK:  Kristen Brown.  He's trying to, he's, he's

22    been trying to throw you under the bus.  That's why we're

23    here, to get the, get the story.

24    MS. GUNTER:  Oh.

25    VASH:  Did he ever have a sexual relationship with her?

1       MS. GUNTER:  I don't know.

2       VASH:  What do you think?  Drugs aren't free.

3       MS. GUNTER:  I don't know.  All I -- I just -- I don't

4    know.

5       VASH:  Okay.

6       ST. JOHN:  We're just here, hoping to get the truth from

7    you.

8       MS. GUNTER:  Yeah.

9       ST. JOHN:  Obviously, we know stuff.  We came here with

10   a mission, --

11      MS. GUNTER:  Yeah.

12      ST. JOHN:  -- you know, to try to give, give you an

13   opportunity to speak with us and work with us.  But I don't

14   know if you guys want to start giving the skivvy on stuff?

15      VASH:  I mean, David's had relationships with other

16   girls while he's been in a relationship with you, correct?

17      MS. GUNTER:  Yes.

18      VASH:  So would it surprise you that he would be in one

19   with Kristen?

20      MS. GUNTER:  No.

21      VASH:  Was there ever any bad blood between you and

22   Kristen because of a relationship he may have had with her?

23      MS. GUNTER:  I didn't know about it, if he did have one

24   with her.

25      VASH:  Okay.  So there'd be no reason for you to

1    retaliate against her for anything?

2        MS. GUNTER:  No.

3        VASH:  Okay.

4        RASNICK:  Would he have any reason to retaliate against

5    her for anything?

6        MS. GUNTER:  I don't know.  I don't know what for.

7        RASNICK:  Like we said, there's a lot of talking going

8    on, and your name's come up in a bunch of stuff, so we

9    decided that it would be the best thing to do is come down

10   and talk with you.  And, you know, it's no secret we listen

11   to jail phone calls.

12       MS. GUNTER:  Right.

13       RASNICK:  We've heard, you know, you talking about

14   Kristen.

15       MS. GUNTER:  I don't talk about her.

16       RASNICK:  You haven't talked to somebody out -- do you

17   have an ex-husband?

18       MS. GUNTER:  Who?

19       RASNICK:  Do you have an ex-husband, lives out-of-state?

20       MS. GUNTER:  No.  Which I don't talk to him.  That's my

21   son's dad.

22       RASNICK:  Okay, you haven't talked to him at all while

23   you've been incarcerated?

24       MS. GUNTER:  No, sir.

25       RASNICK:  Okay.  So if I had a recording with you

1  talking to him, that would be just -- is it possible you had

2  a conversation with him and didn't remember it?

3      MS. GUNTER:  No, I would know calling his number.

4      RASNICK:  Okay.  Do you know what his phone number is?

5      MS. GUNTER:  My ex-husband?  Yes.  Three --

6  817-478-5508.

7      RASNICK:  817.

8      MS. GUNTER:  478.

9      RASNICK:  478.

10      MS. GUNTER:  5508.  It's been that for 35 years.

11      RASNICK:  And what is that?  What area code is that?

12  Texas?

13      MS. GUNTER:  Yes.

14      VASH:  Yeah, there's, there's been a lot of, a lot of, a

15  lot of -- we've received a lot of information.

16      VASH:  Listening to jail calls and things like that.

17      And we know that, you know, David's got an association

18  with people that are more interested, outside of Kristen,

19  which is why we were -- it's no secret he's being

20  investigated.

21      MS. GUNTER:  Right.  I know that.

22      VASH:  He's been -- we've been doing that for a while.

23  So we want to talk to you about what you know about that,

24  what David shared with you about that.

25      MS. GUNTER:  About ...

1      VASH:  What he's, what he's being investigated for,

2 what, what do you know about why the cops are looking at him

3 --

4      MS. GUNTER:  I don't know.  Why are they?  I figured --

5      VASH:  You just told me you knew that, so I was asking

6 you.

7      MS. GUNTER:  You mean for drugs, selling drugs?

8      VASH:  Selling drugs and other things.  Stolen property,

9 selling drugs, things like that.  What do you, what do you

10 know about that?  I understand you're reluctant to talk to us

11 because you said that he's your fiancé.  Your fiancé is

12 throwing you under the bus.  Which is why we're involved,

13 with the sheriff's office.

14      So we're giving you an opportunity to sit here and talk

15 to us about things, and we're going to get some recordings,

16 we can play some recordings for you.

17      MS. GUNTER:  All right.

18      ST. JOHN:  (INDISCERNIBLE) this little tension that you

19 don't believe us here, but --

20      VASH:  You know David and you know David is good at

21 putting on multiple faces.

22      MS. GUNTER:  Yes.

23      VASH:  So that's not a surprise to anybody.  I mean,

24 he's been dealing for years.  Some people think he's frigging

25 bipolar.

1    MS. GUNTER:  Yeah.

2    ST. JOHN:  And you're not the only woman --

3    MS. GUNTER:  That what?

4    ST. JOHN:  -- that he's having relations with, you know,

5    so he, he, he's not being truthful to you, you know.

6    VASH:  How's the intel system here at the jail?

7    MS. GUNTER:  Hmm?

8    VASH:  How's the intelligence system for inmates here at

9    the jail?  Every jail is different.  We work, we, we work for

10   the State, so we work with Department of Corrections.  We're

11   in correctional facilities all the time.  We're in local

12   jails all the time.  So each place is different.  How is the

13   intelligence system here?

14   MS. GUNTER:  What do you mean the intelligence --

15   VASH:  How, how is it for you to get information about

16   what's going on with David here?  Are you kind of up to speed

17   with what's going on?  Are you not up to speed?  Do you have

18   --

19   MS. GUNTER:  No, I'm not.  Why?  Is he out?

20   VASH:  You, you don't know, so.

21   MS. GUNTER:  I don't know.

22   VASH:  Do you know who's been visiting him here in jail?

23   MS. GUNTER:  Mark Mudloff?

24   VASH:  Do you know who else who's been visiting him

25   here?

1       MS. GUNTER:  No.

2       VASH:  A couple of females --

3       MS. GUNTER:  No, I don't know.

4       VASH:  Okay.  Would it surprise you if there were

5  multiple girls visiting him?

6       MS. GUNTER:  No, it wouldn't.

7       VASH:  Okay.  Why wouldn't that surprise you?

8       MS. GUNTER:  'Cause, yeah, he's had multiple

9  relationships since we've been together.

10      VASH:  And sometimes, in relationships, that breeds, you

11  know, powerful emotions between the people that are involved,

12  which leads to other things.  So that's why we're here

13  talking to you, as well.

14      MS. GUNTER:  Yeah.

15      VASH:  I mean, do you have -- you know, he's a very

16  skilled liar.

17      MS. GUNTER:  Yes.

18      VASH:  And make you believe one thing and then turn

19  around and tell somebody else the exact same thing and make

20  them believe it.

21      ST. JOHN:  So there's nothing that you want to, you

22  know, tell us, you know, about the day that Kristen Brown

23  died?

24      MS. GUNTER:  Other than that, --

25      ST. JOHN:  The stuff that you've heard.

1     MS. GUNTER:  I know he got robbed.

2     ST. JOHN:  Who got robbed?

3     MS. GUNTER:  David.

4     ST. JOHN:  What does that have to do with Kristen?  Was

5  it the day of?

6     MS. GUNTER:  Yes.

7     ST. JOHN:  So he got robbed and -- okay.

8     MS. GUNTER:  Not exactly.  I don't think it was the day

9  of.  I just know that he got robbed and --

10     VASH:  What was taken during the robbery?

11     MS. GUNTER:  Amanda Lynn had something to do with it.

12     VASH:  Okay.

13     MS. GUNTER:  And I think --

14     VASH:  Do you know what she took?

15     MS. GUNTER:  Yeah, I do.

16     VASH:  What was it?

17     MS. GUNTER:  $5,000 in cash, a couple of ounces of

18  methamphetamines, and an ounce of heroin.

19     VASH:  Okay.

20     MS. GUNTER:  And there was --

21     VASH:  Took a good bit?

22     MS. GUNTER:  Yeah.  It was pretty good hit.

23     VASH:  Did she take any guns?

24     MS. GUNTER:  No, that was taken in the other house

25  robbery, from Lane, when Lane stole from the house.

1    ST. JOHN:  I didn't get it.  Excuse me.  Who, who done

2    the robbery?

3    RASNICK:  Amanda Lynn.

4    SJ:  Amanda Lynn?

5    RASNICK:  Actually, Amanda Lynn Watson.

6    MS. GUNTER:  Yes.

7    ST. JOHN:  Okay.  Sorry.

8    RASNICK:  Which is Kristen's boyfriend's sister.

9    MS. GUNTER:  Right.

10    VASH:  He knows all the people --

11    MS. GUNTER:  Yeah.

12    VASH:  -- better than I, better than we do, far better

13    than we do, so.  When did that, when did that -- Amanda Lynn,

14    when she took that, when did that happen, approximately?

15    MS. GUNTER:  I don't know.  I heard a couple of days

16    before, so I was out-of-town I can't even tell you how many

17    days; four, five.

18    VASH:  When you came, when you came back in town -- so

19    there was that robbery and then there was the other one where

20    the guns were taken.

21    MS. GUNTER:  Yeah, that one was months before.

22    VASH:  Who did that one?

23    MS. GUNTER:  Lane and Brittany, and I know Amanda was

24    there, and, and Emily was there, too.  Emily --

25    VASH:  How'd you know that?  From the surveillance

1    system that's in the house?

2    MS. GUNTER:  -- Bryson (phonetic).  No, from his

3    brother, actually.  They called us and told us.  We were

4    out-of-town with Mark in Melbourne, and he called us, and his

5    brother's the one that actually watched the robbery go down.

6    His brother robbed the house, too.

7    RASNICK:  Is that the one where the truck caught on fire

8    with the police chase --

9    MS. GUNTER:  Yes.

10    RASNICK:  -- and all that stuff?

11    VASH:  Where do you -- what -- tell me about the

12    surveillance system that was in the house, the cameras and

13    where it was recorded?  What do you know about that?

14    MS. GUNTER:  None of it was recorded 'cause we didn't

15    have it anymore.  It was through some company in Canada.

16    VASH:  They didn't store it to a cloud or something like

17    that?  You didn't have offsite storage for the video?

18    MS. GUNTER:  Yeah.

19    VASH:  You did?

20    MS. GUNTER:  Hm-hmm (affirmative).

21    VASH:  And that was a company, Canada?  Do you remember

22    the company's name?

23    MS. GUNTER:  It took me a week to remember my passcode

24    to get on my phone, okay.  A week.

25    VASH:  I'm not trying -- but if you --

1      MS. GUNTER:  I'm just saying it took me a week for that.

2      VASH:  Okay.  If you know, you know.  If you're writing

3  the bills to them, you might remember.

4      MS. GUNTER:  I don't know, but it was in one of the

5  robberies, the robbery that happened the day of -- this is

6  another robbery -- the day that we were going to the Gator

7  Nationals.  The officers that did that one, they know what

8  the company's name is.

9      VASH:  Okay.

10      MS. GUNTER:   All right.

11      VASH:  We'll go back and find it through the records.

12      MS. GUNTER:  Yeah, 'cause I can't -- it will take me a

13  day to remember.

14      RASNICK:  Is that the one the kid did with the gun?

15      MS. GUNTER:  What's-her-name's son.

16      RASNICK:  Jenny Manning's (phonetic) son?

17      MS. GUNTER:  Yeah, and she was in the car, too.  Yeah.

18      RASNICK:  I can look that up.

19      MS. GUNTER:  Yeah.

20      VASH:  So when you came back, you were gone for a few

21  days and on the run.  Went to Georgia, came back.  How did

22  you learn about Kristen's death?

23      MS. GUNTER:  Somebody told me.  We didn't even hear

24  about it 'til like two or three days later.  I know.  Jeff

25  Lynn called, asking for her.

1    VASH:  Who called?

2    MS. GUNTER:  Jeff Lynn called David, asking him where

3    she was, and we didn't know.

4    VASH:  Okay.  What did David say about it?  He have any

5    conversation with you about what happened to her?

6    MS. GUNTER:  He said something about she was at the

7    house and she went -- Amanda Lynn was there, and Amanda

8    walked off, and she went looking for Amanda, and that's the

9    last I know.

10   ST. JOHN:  On the day she died?

11   MS. GUNTER:  Yes.  And then Jeff said -- now, this is a

12   conversation that he told me -- Jeff said that she was

13   supposed to have been on her way over there, but he said she

14   never showed up, so I don't know.

15   She had some sugar daddy she went and seen, too.  I --

16   but he lives over off of 314A cut-through.  Okay, when you're

17   going down 35, you know where it hits Fort King?

18   RASNICK:  Yeah.

19   MS. GUNTER:  Isn't that 314A on one way and the other

20   way's, yeah, Fort King?

21   RASNICK:  Right.  314.

22   MS. GUNTER:  314.  Thank you.  You take -- I know, I

23   know it because I walked it, picking up trash.  But you take

24   a right there, if you were going north, and there's a trailer

25   park on the right.  He lives in there.

1    RASNICK:  Okay.

2    MS. GUNTER:  You go down a couple of streets and it's a

3    corner house on the right.

4    RASNICK:  Okay, I know where it's at.

5    MS. GUNTER:  And it's on like this side of the street.

6    You know, if the street is right here.  It's an older man.

7    That's the one she had his -- was it a 340Z, 300Z?

8    RASNICK:  Yeah.

9    MS. GUNTER:  His car.

10   RASNICK:  Okay.

11   MS. GUNTER:  Yeah.  But I still don't know who he was

12   though.  Karin Gosman might know.

13   VASH:  So going back, how do you, how do you find out,

14   again, from -- about what happened to her?

15   MS. GUNTER:  How did I find out?

16   VASH:  Yeah.

17   MS. GUNTER:  We didn't find out, in fact, it was for

18   days later.  Jeff Lynn called.

19   VASH:  David didn't tell you he was talked to by

20   deputies from Sumter County?

21   MS. GUNTER:  Yes.  He said they was supposed to come out

22   and talk to him, but they never showed up.

23   VASH:  That's what he told you?

24   MS. GUNTER:  Yeah.

25   VASH:  Did he tell you what they were going to talk to

1   him about?

2       MS. GUNTER:  Yeah, about that Kristen.

3       VASH:  Did he say anything else to you about why they

4   want to talk to him?

5       MS. GUNTER:  That was it.  They were wanting to know

6   what happened to her that day, and I had to leave the house

7   so they could come, yeah.

8       VASH:  Did he tell you anything afterwards that they --

9       MS. GUNTER:  He said they didn't show up.

10      VASH:  He said they never showed up.  Okay.

11      MS. GUNTER:  Yeah.

12      VASH:  It's kind of weird, wouldn't it be, that a

13  detective's going to call you and come to talk to you about a

14  death and they don't show up?  Kind of strange.

15      MS. GUNTER:  Yeah, that's what I thought.  And then

16  there was some lady, a friend of Stacey Ames (phonetic), she

17  come over and said that -- she was talking, I guess, to

18  Kristen's ex, yeah.  What's his name, the baby daddy?

19      VASH:  Paul?

20      MS. GUNTER:  Paul.  And said that Paul and his new

21  girlfriend or something were suspected or something.  I am

22  not for sure what?

23      VASH:  Would it surprise you to know that, that David's

24  number was the last number that called Kristen?

25      MS. GUNTER:  Called Kristen's ...

1    VASH:  Phone, yes.

2    MS. GUNTER:  No.

3    VASH:  Which would be another reason why detectives

4    would want to come back and talk to her.  I mean, we work

5    homicides.  When you're doing a homicide investigation, you

6    establish a timeline.

7    MS. GUNTER:  Right.

8    VASH:  You're going to talk to everybody and make sure

9    you talk to everybody.

10   MS. GUNTER:  Right.

11   VASH:  You're the last person they called, the last

12   person that saw --

13   MS. GUNTER:  I know, and this is what happened.  When

14   Amanda walked off -- she was in the house, okay.  When she

15   walked off, she carried two purses out with her, okay, and we

16   only checked one purse.

17   So when Marsha told them about the purse, that's when

18   Kristen went one way and they went another way to see if they

19   couldn't find her, and I have no idea where Amanda Lynn went

20   or where they went or any of that, 'cause I was at the house.

21   VASH:  All right, well, I'm asking you still about what,

22   what David told you, and that, that's what he told you, going

23   back to that.  Not worried about the purses and the last

24   contact.  You tell me what David told you was that the

25   detectives never came and talked to him?

1    MS. GUNTER:  That's what he said.  He said they didn't

2  show up.

3    VASH:  We kind of got off on a sidetrack there and I --

4  so if I --

5    MS. GUNTER:  No, you're good.

6    VASH:  What do you have?

7    ST. JOHN:  Do ya'll want to bring in, bring in the part

8  yet?

9    VASH:  Sure.

10    ST. JOHN:  So --

11    VASH:  -- play the recording --

12    ST. JOHN:  Well, I don't have to.  We can play it for

13  you, if you want to, but David is wanting to get with

14  attorneys, discuss what happened to Kristen Brown, and said

15  that it was you.  You're going down for it.  Saying that

16  you're the one who, you're the reason behind her death.  You

17  gave her a lethal -- whether you mixed heroin and fentanyl --

18  you gave her the overdose on purpose.

19    RASNICK:  And I think the quote, they call it a hotshot.

20    ST. JOHN:  Hotshot.  You gave her a hotshot.  You got,

21  you got rid of her.

22    MS. GUNTER:  I didn't even see her.  She didn't see me.

23    VASH:  Okay.  That's why we're here talking to you.

24    MS. GUNTER:  All right.

25    RASNICK:  You realize this is David's talking about

1  stuff about this?

2      ST. JOHN:  (INDISCERNIBLE).

3      VASH:  He's spinning a yarn.  You understand?  He, he's

4  spinning a yarn about what's going on and trying to throw you

5  under the bus.

6      ST. JOHN:  Yep.  So that's why we're asking you to tell

7  us the truth.  We want to hear the truth from you.

8      VASH:  And we'll be glad to play you part of the

9  recording, if you want to hear that.

10     RASNICK:  Because he's portraying that you knew about

11  their relationship and you were jealous of their

12  relationship.  That's what he's portraying.

13     VASH:  And that's why we're involved, with FDLE, because

14  her body was found in Sumter County.  Y'all live in Marion

15  County.  It's multiple counties.  That's why we're involved

16  with the State.

17     MS. GUNTER:  Right.

18     VASH:  Yeah.  But there's a lot of, a lot of, a lot of

19  information out there about this, so --

20     ST. JOHN:  So --

21     VASH:  -- we're here to talk to you about it.  David

22  never shared anything else with you?  Never said anything

23  else?

24     MS. GUNTER:  No.

25     VASH:  We're giving you little pieces at a time.  So

1    we're just trying to be --

2        RASNICK:  Oh, there's a, there's a big story.  We're

3    just giving you tiny, tiny bites.

4        MS. GUNTER:  Can I go to the bathroom?

5        RASNICK:  We'll have to get, you ought to get Rhonda

6    back down here, the jail investigator.

7        ST. JOHN:  Can you call Rhonda?

8        A VOICE:  Excuse me?

9        ST. JOHN:  Will you call Rhonda, please?  She's got to

10   use the restroom.

11       A VOICE:  Yeah.

12       MS. GUNTER:  I knew I should have went before I come

13   down here.  I didn't know it was going to be like this, so I

14   -- 'cause they just pulled us out.  I mean, they just woke us

15   up.

16       VASH:  This surprise you, any of this that's going on?

17   You know David.

18       MS. GUNTER:  Yeah, I know David, but I, yeah, I'm

19   shocked.

20       A VOICE:  Yeah, Rhonda, she needs to use the restroom.

21       RASNICK:  Does he have a, a violent past?

22       A VOICE:  Okay, thank you.

23       RASNICK:  I mean, this is your opportunity.  We're

24   asking you questions.

25       ST. JOHN:  It's not going to go away.

1    RASNICK:  I mean, he's pinning it on you that you have a

2    violent past.  Just letting you know.  That's part of it.

3    ST. JOHN:  And according to his visitor log, I don't, I

4    don't know how he's your fiancé.  I mean, he has multiple

5    women visiting him, so it looks like he's just trying to

6    throw you under the bus, for whatever reason I don't know.

7    But we're giving you the opportunity to tell us the

8    truth, tell us what you know.  We, we haven't spoke to him.

9    We come to you first.

10   RASNICK:  And I can promise you we have not spoke to him

11   at all.  Everything we're getting is through, by either out

12   of his own mouth or through other people.  And we have

13   several recordings with him on the phone.

14   ST. JOHN:  So do you get what -- he is accusing you of

15   getting rid of Kristen Brown.  I think "getting rid" is the

16   term.

17   RASNICK:  I think that's the exact terms he used.

18   ST. JOHN:  Meaning murder.  So and that's why we're

19   here.

20   MS. GUNTER:  She was my best friend.  I know he didn't

21   want her around from the get-go.  He told me to get rid of

22   her, kick her out, whatever.  He didn't want her around

23   there.

24   ST. JOHN:  Now, when you say "get rid of her", what are,

25   what is your version?

1      MS. GUNTER: Not like that. He, you know, --

2      ST. JOHN: Okay.

3      MS. GUNTER: -- stop her from coming over. Don't let

4 her over, you know, and stuff like that. But she was my only

5 friend and --

6      ST. JOHN: Well, we've had more than one source of

7 information, just hearsay, whatever it may be, that you are

8 involved of getting rid of her, and "getting rid of her" is

9 "murder/get rid of". You know, it's not coming just from

10 David. It's coming from multiple sources.

11      MS. GUNTER: Hm-hmm.

12      ST. JOHN: That's why we're here.

13      VASH: And there's some of these that are going to be

14 out there on the outside that, that may be trying to protect

15 him, to help him throw you under the bus, some that you've

16 already spoken about. Trying to get your side of the story.

17      Talk about Mark.

18      MS. GUNTER: Mark? I don't even like him.

19      VASH: (INDISCERNIBLE).

20      MS. GUNTER: Yeah.

21      VASH: I guess that's the reason why he would side with

22 David and decide, say, okay, this is a good idea.

23      MS. GUNTER: Hm-hmm (affirmative).

24      ST. JOHN: So people that you think are behind you or

25 that are your friends, mm-mmm (negative).

1    VASH:  And this is coming out of their own mouth and

2  this is not because we've interviewed them.  This is from

3  listening to jail calls.

4    ST. JOHN:  Jail call, he got Mudloff, David talking, you

5  know, other people, but it's all about you, and --

6    VASH:  And you're telling us you weren't even here at

7  the time.

8    MS. GUNTER:  No.

9    VASH:  We want, we want to talk to you to be honest with

10  --- ask you to be honest with us about David's relationship

11  with Kristen.  Was it ever sexual, that you know of?

12    MS. GUNTER:  Don't know --

13    VASH:  How much dope he sold her, and don't tell me he

14  didn't sell her dope or give her dope, because we know that

15  that's not correct.  And if there was a reason to get rid of

16  her, what he told you about that, how it happened, what you

17  know about it.

18    ST. JOHN:  I think you know a little bit more than

19  you're giving off.

20    VASH:  Absolutely.

21    RASNICK:  Was it a jealousy?  Was, I mean, there was,

22  there's something else to it.

23    MS. GUNTER:  To what?  No, other than he didn't want me

24  hanging around with her.  He probably did want in her pants.

25  I don't know.  But she wasn't like that, from what I know.

1    RASNICK:  Kristen wasn't like that?

2    MS. GUNTER:  She never did while I was around.  I mean,

3    I never thought they did.

4    RASNICK:  I mean, if she's got no money and she needs

5    dope --

6    VASH:  Dope's a powerful motivator.

7    MS. GUNTER:  All she had to do was ask him.  He'd give

8    it to her.

9    RASNICK:  But he didn't want her around.

10   ST. JOHN:  I think, earlier, you said that he didn't

11   give her any.  So, now, you're saying he did give her some.

12   So which is it?

13   RASNICK:  Do you understand what I'm saying?  In one

14   breath, you're saying that he didn't want her around.  But

15   then again on this breath, you're saying if she wanted dope,

16   he'd give it to her.  I mean, if I didn't like somebody, I'm

17   not going to give them anything.

18   VASH:  Wouldn't give them the time of day.

19   RASNICK:  Absolutely not.  Does that make sense to you?

20   MS. GUNTER:  Yeah.  At first, he sure didn't want her

21   around.  When he'd get mad, he didn't want her around but,

22   you know, I always let her be there.  She was my friend.

23   VASH:  How often was she there, when she was around?

24   MS. GUNTER:  We used her car a lot, you know.

25   VASH:  And she would take David from place to place, --

1     MS. GUNTER:  Right.

2     VASH:  -- take him place to place.  Did she ever take

3  him delivering dope, when David had to do dope runs or to

4  pick things up?  Did she ever take him anywhere, as far as

5  that goes?

6     MS. GUNTER:  No, I went with him.

7     VASH:  You went with him?

8     MS. GUNTER:  Yeah.

9     VASH:  Okay.

10    MS. GUNTER:  Unless it was during those days that I was

11  gone, 'cause I don't know then.

12    VASH:  Okay.  Where would she take him, when she was

13  driving?

14    MS. GUNTER:  We would need her to come to our house and

15  pick her car up or she'd come to our house and we'd swap

16  cars.

17    VASH:  Why would you swap cars?

18    MS. GUNTER:  Because she needed something to drive and

19  we had to go a long ways.

20    VASH:  Yeah?

21    MS. GUNTER:  Yeah.

22    VASH:  Go to the Tampa/Clearwater area?

23    MS. GUNTER:  Yeah.

24    VASH:  And we, we know about the dope stuff.  That's not

25  what we're here for.  We want to talk to you about all that

1  stuff, but we want it -- it's like trying to pull little bits

2  and pieces out of you.

3      And you're still saying, right now, you were

4  out-of-town, you were on the run, you had nothing to do with

5  what happened with Kristen, correct?

6      MS. GUNTER: No, I, I was there when he confronted

7  Amanda. I'd just contacted him that day. He calls me and

8  says, "I got robbed." And he came and picked me up. Mikey

9  Childers and his girlfriend ...

10     ST. JOHN: Now, you're saying you was there. I'm just

11  trying to follow.

12     MS. GUNTER: I was --

13     ST. JOHN: On the day of her death?

14     MS. GUNTER: Yeah. I was in the bedroom, hiding out,

15  'cause I didn't want nobody to know I was there.

16     ST. JOHN: In David's house?

17     MS. GUNTER: In David's house.

18     ST. JOHN: Just clarifying.

19     MS. GUNTER: Yeah.

20     ST. JOHN: Okay.

21     RASNICK: Thank you. That's what we want. We want you

22  to be honest with us.

23     ST. JOHN: Yes.

24     RASNICK: You know, this whole night I was in the truck

25  driver, I don't know the truck driver's name --

1      MS. GUNTER:  I was, though.  I had just gotten back that

2  day.

3      VASH:  Okay.

4      RASNICK:  Okay.

5      ST. JOHN:  You were there.  So --

6      MS. GUNTER:  I was hiding in the bedroom.

7      ST. JOHN:  -- when Kristen was there --

8      MS. GUNTER:  When she came up, she didn't know I was

9  there.

10     ST. JOHN:  But you was there.  What did you see?  What

11 did you hear?

12     MS. GUNTER:  I don't know.  I was hiding in the bathroom

13 -- I mean the bedroom, and --

14     VASH:  Why would you have to hide from Kristen if she's

15 your friend?

16     MS. GUNTER:  Because I didn't want nobody knowing I was

17 in town.  He was telling me she called the police and she was

18 telling me he called the police, and I didn't know who called

19 the police.  So I just didn't want them to know I was there.

20     RASNICK:  Okay, so you're hiding in the bathroom.  What

21 did you hear, still?

22     MS. GUNTER:  I was hiding in the bedroom.

23     RASNICK:  Okay.

24     MS. GUNTER:  The back bedroom.

25     RASNICK:  What did you see, hear went on?

1    MS. GUNTER: I just heard them talking about they went

2    to go -- Mikey come over and he was taking Dave to go see

3    Kayla (phonetic) to talk to Kayla about who took the money

4    and all the dope, all right.

5        And then they left and she went to go find -- Amanda was

6    there. Amanda walks out the door, and she went to go find

7    Amanda. And David and the other David went down the street

8    the other way to go see if she walked off, 'cause she walked

9    off.

10   RASNICK: How do you know that?

11   MS. GUNTER: Because I was in the bedroom.

12   RASNICK: But you could see them walking down the other

13   way and you see other person walk down this way?

14   MS. GUNTER: No. And Marsha was there.

15   RASNICK: Okay. Who's Marsha?

16   MS. GUNTER: It's a friend of ours.

17   RASNICK: What's Marsha's last name?

18   MS. GUNTER: I don't remember.

19   RASNICK: Well, I just need somebody that can verify

20   that he went this way and they went that way, you know what

21   I'm saying? So what's Marsha's name?

22   ST. JOHN: So Kristen walked off and never came back?

23   MS. GUNTER: No. Kristen did not walk off. She had her

24   car.

25   ST. JOHN: She had her car.

1    MS. GUNTER:  She went looking for Amanda.  Amanda Lynn

2  is the one that walked off.

3    ST. JOHN:  She went looking for Amanda --

4    MS. GUNTER:  Right.

5    ST. JOHN:  -- in her, in her car?

6    MS. GUNTER:  Yes.

7    ST. JOHN:  Did she return?

8    MS. GUNTER:  (INDISCERNIBLE)

9    ST. JOHN:  Did Kristen ever return back to your house,

10  after that moment?

11    MS. GUNTER:  I don't know.  I left, after that.  Me and

12  Marsha left.

13    ST. JOHN:  Okay.

14    RASNICK:  What's Marsha's last name?

15    MS. GUNTER:  I don't know.  I'll have to think about it.

16    RASNICK:  Did Kristen -- like I said, I'm not here for

17  the drug charges -- did Kristen -- did you sell her anything

18  that day?  Did she leave with drugs?

19    MS. GUNTER:  No, I didn't have anything.  I'd just

20  gotten there.

21    RASNICK:  Did David?

22    MS. GUNTER:  I don't know.  I wasn't there.

23    VASH:  Well, we're confused, 'cause you were there in

24  the house.

25    ST. JOHN:  You just said you was there.

1     MS. GUNTER:  I was there at the house, but everybody was

2   gone.  I was just watching the house and watching Amanda, and

3   that's it.  Everybody was gone.  He come and he picked up

4   Mikey, and they went to go find Kayla, 'cause he was trying

5   to figure out where his dope went.

6       Amanda Lynn was there the whole time.  Me and Amanda and

7   Mikey and his girlfriend, okay.  Well, when Mikey and them

8   had to go to 'cause they said they know where Kayla was,

9   David comes back with David, okay.

10      And, later on, when we went through her stuff, me and

11  Marsha, we only went through one bag, okay.  We went through

12  that bag, and then David went with David somewhere.  I don't

13  know where they went.  And when they -- Amanda Lynn said,

14  "Fuck this shit.  I'm leaving."  And she grabbed two bags.

15  She went in the bedroom, grabbed two bags, and walked out the

16  door.

17      So Marsha calls David and says, "Hey, she just left out

18  the door with two bags."  So they're all coming back.  David

19  was with Kristen.  He come in the house and Marsha told

20  him -- I was in the bedroom -- Marsha tells him, she said,

21  "The girl left with two bags."

22      So Kristen left and went one way and he said he was

23  leaving and going the other way, and that's what Marsha told

24  me.  And David was there, too, and we were looking for Amanda

25  and we never found her.  She never came back, and I don't

1   know.  That's how it happened.

2       ST. JOHN:  And do you realize again, he's saying you're

3   the reason she's not here anymore?

4       MS. GUNTER:  She drove off.

5       A VOICE: She said use the restroom.

6       ST. JOHN:  Oh, I hear what you're saying, --

7       MS. GUNTER:  Yeah.

8       ST. JOHN:  -- but I want you to hear, you know, what's

9   being said about you, so.

10      A VOICE:  I told her she had to use the restroom and she

11  walked away, so.  But she wanted to take her, she wanted to

12  take her back to Charlie Pod.

13      A VOICE:  This is where she's going.  This is where she

14  has to use the restroom.

15      VASH:  Yeah, I told her and she ended up walking away.

16      RASNICK:  She's got to go all the way to Charlie Pod to

17  use the restroom?

18      MS. GUNTER:  Yeah, in through Charlie, yeah.  Am I

19  going?

20      A VOICE:  That's where she would go.

21      A VOICE:  Hang on.  You can't go anywhere yet.  She

22  walked away.  I'll have to go --

23      RASNICK:  Who?  Rhonda?

24      A VOICE:  I'll have to get one of the COs.  Yeah.

25      A VOICE:  Rhonda must have called down (INDISCERNIBLE).

1    ST. JOHN:  We're going to take a -- we're going to stop

2    the recording for right now.  Ms. Gunter needs to use the

3    ladies' room.

4    RASNICK:  I didn't know she had to go to Charlie Pod to

5    use the ladies' room.

6    MS. GUNTER:  It's just right there.

7    RASNICK:  She just walked away.  I told her you had to

8    use the restroom.

9    ST. JOHN:  We'll wait for her to --

10   VASH:  She walked away.

11   RASNICK:  I'll call Rhonda's cellphone.

12   **(Break taken, recording continuing as follows:)**

13   ST. JOHN:  Back to the interview, after using the

14   restroom.

15   All right, so --

16   RASNICK:  You got the rights?

17   ST. JOHN:  We got to re-do that?  Oh.

18   And you're still aware of your rights?  You still want

19   to -- you still agree to continue to talk to us?

20   MS. GUNTER:  Yeah.

21   ST. JOHN:  -- about -- okay.

22   RASNICK:  Just 'cause we, we stopped the tape and we

23   have to make sure that you're still aware that, you know,

24   even though we stopped the tape, that you still have your

25   rights, okay.

1       MS. GUNTER:  Yeah.

2       ST. JOHN:  So do you have anything further that you

3   would like to ask, Special Agent?

4       VASH:  Yeah, a whole slew of things, --

5       ST. JOHN:  Yeah?

6       VASH:  -- going back to, you know, that so you --

7   Kristen was your best friend, and you were in the house that

8   day.  And you told us about how they separated, everybody

9   went their separate ways.  You also made an interesting

10  comment that David thought she'd called, she would call the

11  law on you, which is why you hid.

12      MS. GUNTER:  No.  He said that she did.  She said that

13  he did.  That's why I was gone for those, that couple of

14  days.

15      RASNICK:  But then you said you was hiding in the

16  bedroom --

17      MS. GUNTER:  Yeah.

18      RASNICK:  -- because of that.

19      VASH:  So say that again.

20      MS. GUNTER:  Right, 'cause I wasn't for sure who did.

21      VASH:  So, so, she, being Kristen, said that David did,

22  and then David said that Kristen did?  Did I mishear you?

23      MS. GUNTER:  Yeah.

24      VASH:  Okay.  What, what -- say that again, so I'm

25  following you, or is what I said correct?

1    MS. GUNTER:  Yeah.

2    VASH:  Each one of them told you that they called?  So

3  your fiancé and your best friend called the law on you?

4    MS. GUNTER:  One of them did.  I don't know which one.

5  One of them did.

6    VASH:  Why?

7    MS. GUNTER:  'Cause I was wanted.  I don't know.

8    VASH:  Yeah, but wanted people show up over there all

9  the time.  People who are in trouble showed up at David's all

10  the time for drugs.

11    MS. GUNTER:  Yeah, I know.

12    VASH:  So why would they do that to you, his fiancé and

13  her best friend?

14    MS. GUNTER:  I don't know.

15    VASH:  Okay.

16    RASNICK:  I mean, was there a motive behind?  Were they

17  just trying to, you know, make you go away?

18    MS. GUNTER:  I don't know.

19    VASH:  What do you think?

20    MS. GUNTER:  I don't know.

21    VASH:  You're an intuitive person.  You've been around

22  for a, for a while and involved with some of these people.  I

23  mean, you, you know David probably better than, you know,

24  definitely better than anybody here.  I mean, what do you,

25  why would he do that?

1    MS. GUNTER:  I don't know, but he's done it a couple

2  times.

3    VASH:  Done it because he's mad at you?

4    MS. GUNTER:  Hm-hmm (affirmative).

5    VASH:  Or like Dave said, was he trying to get rid of

6  you?  Detective Rasnick said was he trying to get rid of you

7  to spend time with Kristen?

8    MS. GUNTER:  I don't know.  She had Lynn, Jeff Lynn, so.

9  He was over there all the time.

10    RASNICK:  But Jeff ain't got a supply of dope like he

11  does.  That make sense?

12    MS. GUNTER:  Yeah, but she could get it anyway, 'cause

13  she wasn't just getting it from us.  Believe that.

14    VASH:  But she was getting it from y'all.

15    MS. GUNTER:  She was getting some, but she didn't,

16  wasn't getting it all from us, 'cause she had her boyfriend

17  coming in from out-of-town all the time.

18    RASNICK:  Her boyfriend from out-of-town?

19    MS. GUNTER:  Yeah, she had several on the hook.  Come

20  on.  She had a sugar daddy, too.

21    RASNICK:  Okay.

22    MS. GUNTER:  She was still contacting Paul and

23  Facebooking him every night.  She had several on there she

24  was hook-line-and-sinkering.

25    RASNICK:  So she was pretty much a female player?

1      MS. GUNTER: Yeah.

2      VASH: Well, we're concerned about her relationship with

3  you and David, and the specific information that came back to

4  David, coming back, throwing you under the bus for getting

5  rid of her. So -- and you're saying you didn't do that. You

6  had nothing to do with that.

7      And you also said that she was your best friend, but why

8  -- had she called the law on you before? Why would she call

9  the law on you? I can understand David being upset with you

10  or having a fight and -- why would she call the law on you?

11     MS. GUNTER: I don't know.

12     VASH: See, it doesn't make any sense. I mean, why

13  would you bite the hand that feeds you, you know? You're,

14  you're her best friend. She comes over and you guys switch

15  out vehicles. She hangs out. She gets her dope from you.

16  Why, why is she going to call the police on you?

17     MS. GUNTER: I don't know. I know she got pulled over

18  leaving our house a couple of times.

19     VASH: How do you know that?

20     MS. GUNTER: Because she came to me crying and told me.

21     VASH: Okay. Did David know that?

22     MS. GUNTER: I think she told him one time 'cause she

23  told him, you know, "If you want, you can go with me, 'cause

24  I'm going to talk to my attorney with the police there." And

25  I'm trying to remember what her attorney's name was. Anyway,

1  and he said he didn't want to.

2      But she had gotten mixed up with Brittany Lewis

3  (phonetic) that's here, too, and --

4      VASH:  I'm not concerned about Brittany Lewis.  I'm

5  concerned about her relationship with David.

6      MS. GUNTER:  Yeah.

7      VASH:  What else did David tell you about that encounter

8  with the law and when she got the traffic stop?  What else

9  did he share with you about that?

10      MS. GUNTER:  I think it's public record, pulled it up.

11      VASH:  Well, he wouldn't just go pull it up if he didn't

12  know something happened, so.

13      MS. GUNTER:  It's public record.  Pulled it up.

14      RASNICK:  Did she get arrested?

15      MS. GUNTER:  No.  She just made some kind of statement

16  and it was public record.  I just seen that.

17      RASNICK:  A statement that was public record?

18      MS. GUNTER:  Yeah.

19      RASNICK:  The only way that there's a public record --

20      MS. GUNTER:  Is if what?

21      RASNICK:  -- that is if you get arrested or if I call or

22  you go call the sheriff's office and I show up to take a

23  burglary report or something to that.  If I do a traffic

24  stop, it's not public.

25      MS. GUNTER:  Well, Marsha's daughter pulled it up.

1    ST. JOHN:  Who's Marsha's daughter?

2    VASH:  Yeah, who is Marsha's daughter?

3    MS. GUNTER:  She's the tattoo lady, Joni, Joan.

4    VASH:  Yeah?  What do you know about the statement that

5    she made?

6    MS. GUNTER:  Yeah.

7    VASH:  You said there was some kind of statement that

8    she made.  What do you know about the statement that she

9    made?

10    MS. GUNTER:  Nothing.  It just said that she had just

11    left David's house, and she told us that she'd dropped the

12    dope out the window, that they didn't catch her with it.

13    That they took her to the church that's right there by her

14    house and made a strip search, and that she told them that

15    she was taking the dope somewhere.  And she was crying to me

16    when she came to me with this.  She said -- yeah.

17    VASH:  So why would David deal with here, after that?

18    MS. GUNTER:  'Cause I let her in the house.  She came to

19    me.

20    VASH:  She came to you?  And what did she say when she

21    came to you?

22    MS. GUNTER:  She'd come get me and we'd leave.  She told

23    him that -- she told me that she said she didn't want nothing

24    to happen to me.  I don't know.

25    VASH:  Why would something happen to you?  'Cause you

1  had given her dope, too?  Is that what you're concerned

2  about?

3     MS. GUNTER:  Yeah.

4     VASH:  Okay.  And I don't want to put words in your

5  mouth.  I mean, is that what, is that what, why she was

6  afraid something was going to happen to you?

7     MS. GUNTER:  Now that you say it, now it does sound

8  funny, doesn't it?  I don't know.  I just ... I just let it

9  go on, just through it all.

10     VASH:  Okay.  But David still dealt dope to her

11  afterwards?

12     MS. GUNTER:  No, I'm telling you he didn't.  She came to

13  me.

14     VASH:  Okay.  And did you tell David what she said?

15     MS. GUNTER:  I don't remember if I did, or not.

16     VASH:  It's very important, Shari.  You need to

17  remember.

18     MS. GUNTER:  I don't remember if I did, or not.  But we

19  were in the bedroom and I, I don't remember if I told him

20  that she was crying to me.

21     VASH:  And what -- she was crying to you.  And what did

22  she say when she was crying to you again?  Tell me that.

23     MS. GUNTER:  That I was her friend and she didn't want

24  anything to happen to me.

25     VASH:  Was she high when she was doing it?

1     MS. GUNTER:  Yeah, she was always high.  She'd come in,

2  I'd get her high.

3     VASH:  How long, how long before she died did she tell

4  you that?

5     MS. GUNTER:  What?  Oh, about that?  It's been before

6  she met Jeff Lynn, so I don't know how long they were

7  together.  What?  A month, maybe.  Yeah.

8     VASH:  And then she was --

9     MS. GUNTER:  'Cause Amanda and her left and she

10  introduced, Amanda's the one that introduced her to Jeff, so

11  it was a couple of months before that.

12     VASH:  Okay, and she would still come over to your house

13  and still associate with you and --

14     MS. GUNTER:  Yeah.

15     VASH:  -- still in touch with you and she would still

16  get drugs from you?

17     MS. GUNTER:  Yeah, and she was -- yeah, because, see,

18  she was telling my probation officer, supposedly, that I was

19  working with her.

20     VASH:  Right.

21     RASNICK:  So she gave you a cover story --

22     MS. GUNTER:  Yes.

23     VASH:  You was working at the hair salon or what were

24  you doing for her?

25     MS. GUNTER:  Well, I was putting her plumbing in the

1  house she had, but --

2      VASH: Right.

3      MS. GUNTER: -- other than that, I was supposed to have

4  been blow drying hair. And she wanted me to go a couple

5  times, and a couple times I did go with her when she went to

6  older people's house that couldn't get out and rolled hair

7  and stuff like that, washed it for her.

8      VASH: How did David react to that, when he found out

9  about it?

10      MS. GUNTER: About what?

11      VASH: About that information that, that Kristen shared

12  with you, she didn't want you to get in trouble?

13      MS. GUNTER: Well, she didn't put a last name in. She

14  just put a first name to it. It was two Davids hanging out

15  there. But he didn't say much to me. I don't remember it.

16      VASH: Okay.

17      RASNICK: All right, there's two David's hanging out

18  where?

19      MS. GUNTER: At our house.

20      VASH: Saying David Camp (phonetic) and David Fey?

21      MS. GUNTER: No.

22      VASH: David who? Who is it?

23      MS. GUNTER: David Green.

24      RASNICK: David Green.

25      VASH: Coming back to David Fey, what was his reaction

1  when he found out about what Kristen shared with you?

2     MS. GUNTER:  For somebody that's supposed to have all

3  his information, why you keep writing stuff down?

4     RASNICK:  Well, I haven't heard David Green before.

5     MS. GUNTER:  Really?

6     RASNICK:  Yeah.  I don't know who that is.  I know a lot

7  of people, but I don't know everybody.  This is how I know

8  everybody.

9     VASH:  -- a lot of people, I mean, --

10     MS. GUNTER:  Oh, we did.

11     VASH:  -- with the cars and everything else, you dealt

12  with a ton of people, a ton.

13     RASNICK:  And this little memory of mine is only about

14  that big.

15     MS. GUNTER:  Mine, too.

16     RASNICK:  And you're filling it fuller like that, so I

17  got to write stuff down to help me remember it.

18     MS. GUNTER:  Hm-hmm.

19     VASH:  And we work a lot with Dave (INDISCERNIBLE)

20  'cause he knows a lot of people and it's easier for him to

21  find out through local databases, so.

22     RASNICK:  That's the, the only reason I'm here is

23  because I know a lot of people involved.  I don't know

24  everybody involved.  I know a lot of people involved, okay,

25  'cause it's the same people over and over and over for the

1   last 13 years that I've been doing this.

2       MS. GUNTER:  Right.

3       RASNICK:  So I, I can fill in some of the gaps, when you

4   mention a name.  Like Marsha, you know.  I don't know

5   Marsha's last name.  Did you remember it when you went down

6   there?

7       MS. GUNTER:  I don't either, no.

8       RASNICK:  Okay.  But anyway, go back to David Fey.

9       VASH:  Yeah, how did, how did he react, when he found

10  out?

11      MS. GUNTER:  About what?  About that?

12      VASH:  About the information Kristen shared with you.

13      MS. GUNTER:  He was mad.  He told me to quit letting her

14  come around.

15      VASH:  But you did.  She continued to come around.

16      MS. GUNTER:  Yeah.  She was my, my friend, and I let her

17  come around.  She'd come over when he wasn't there still.

18      VASH:  But she's come over when he'd been there, too,

19  though, correct?

20      MS. GUNTER:  Yeah.

21      VASH:  And what was his reaction then?

22      MS. GUNTER:  Nothing.  I mean, they were just friends.

23      VASH:  Okay.  And, again, you don't know if they have

24  any sexual relationship at all?

25      MS. GUNTER:  No, I don't think they had.  In fact, I

1    know they hadn't.

2        VASH:  Okay.

3        MS. GUNTER:  So who all is visiting David?

4        RASNICK:  Well, hang on.  Before we get into all that,

5    what kind of -- I briefly, a few minutes ago, asked you about

6    David Fey's history of violence.  Is he a violent person?

7        MS. GUNTER:  No, not really.

8        RASNICK:  Has he ever beat you up?

9        MS. GUNTER:  We've got into arguments, yes.

10       RASNICK:  But I mean has he ever physically laid hands

11   on you?

12       MS. GUNTER:  Yes.

13       RASNICK:  Okay.  You ever seen him lay hands on anybody

14   else?  Anybody short him money and he might have beat them

15   up?

16       MS. GUNTER:  No.

17       RASNICK:  How would he take care of somebody that ripped

18   him off in a drug rip-off?  Would he have somebody to call to

19   take care of that or did he take care of it himself?

20       MS. GUNTER:  He's never done anything that I know of,

21   other than -- I don't think he's ever even caught anybody

22   that's ripped him off.

23       VASH:  Well, he knows them all.  It wouldn't be hard to

24   catch him.  I mean, --

25       MS. GUNTER:  They usually just bullshit their way out

1 and he just lets it go.

2     VASH: For five grand and a couple of ounces of meth and
3 an ounce of heroin? That's a lot of bullshit.

4     MS. GUNTER: Yeah, it is. But Amanda's still walking,
5 ain't she? Okay. That goes to show. You proved it right
6 there. Kayla's still walking, ain't she? All right, there
7 you go. They're still walking.

8     VASH: Well, Kristen's not walking.

9     MS. GUNTER: Kristen didn't rip him off.

10     VASH: No? But Kristen's sharing with you that she got
11 stopped and David found out about it.

12     MS. GUNTER: Yeah. She told us about it.

13     VASH: And she continued to come over to the house,
14 yeah.

15     RASNICK: She told us about it.

16     MS. GUNTER: Me and him, she told us about it. Yes, she
17 told us about it.

18     RASNICK: 'Cause, at first, you said that she came and
19 told you about it, and you were crying, that you didn't know
20 that David was --

21     MS. GUNTER: I wasn't crying. She was crying.

22     RASNICK: Okay, that's right. She was crying, but you
23 didn't that if David knew, or not.

24     MS. GUNTER: This was another -- yeah, a couple of days
25 after, yeah.

1    RASNICK:  So then she came a couple days later and told

2    David about it.

3    MS. GUNTER:  And said, "Yes, I'm going to talk to my

4    lawyer now.  You want to go with me?"

5    RASNICK:  Okay, so she personally told him that she got

6    pulled over?

7    MS. GUNTER:  Oh, yeah.

8    RASNICK:  Okay.

9    VASH:  How did he react to that?

10    MS. GUNTER:  He was fine with it.  She told him she was

11    going to talk to her attorney and see what, you know -- that

12    they were harassing her and -- oh, that's what it was, the

13    harassment, saying that they were harassing us.  And we

14    already knew the police was watching us.  You know, we seen

15    them drive by all the time.

16    VASH:  What did Kristen get pulled over with?  What did

17    she tell you?

18    MS. GUNTER:  She said she dropped it out the window and

19    that they didn't get her with anything.

20    VASH:  And what did she have (INDISCERNIBLE) dropped out

21    the window?

22    MS. GUNTER:  Just a little bag of meth, is all I know

23    about.

24    VASH:  Okay.

25    MS. GUNTER:  Yeah.

1    VASH:  And was that what she'd have got from y'all?

2    MS. GUNTER:  And she got it from me, yeah.

3    VASH:  Okay.

4    RASNICK:  But she had a bigger amount with her that she

5    threw out the window?

6    MS. GUNTER:  No.  That was it.

7    RASNICK:  Well, why would she tell him that she threw it

8    out the window?

9    MS. GUNTER:  She told me, when they pulled her over at

10   the store, she rolled the window down and dumped it out the

11   window, okay.

12   RASNICK:  Okay.

13   MS. GUNTER:  All right.

14   RASNICK:  Of the little bag.

15   MS. GUNTER:  That's all she had.

16   RASNICK:  Oh, okay.  I didn't, I didn't know.

17   MS. GUNTER:  Yeah, that's all she had, that I know of.

18   If she had something else, she didn't get it from our house.

19   But, you know, she, she does heroin and she does pills and

20   she has her doctor appointments and I know she does all that.

21   Plus, I know she goes down south to Bridgewater -- Bradenton?

22   RASNICK:  Okay.

23   MS. GUNTER:  Is that where she's from?  She goes down

24   there and she deals with some young dude down there.  She

25   picks up pills all the time and she takes him pills.  Some --

1  I don't know.  She wanted me to go with her one time, but I

2  never went.

3       RASNICK:  Okay.

4       MS. GUNTER:  And he was supposed to -- she was talking

5  to him about getting us some stuff, so, you know, it was both

6  ways.

7       VASH:  We're not saying that she's a nun and spends her

8  days --

9       MS. GUNTER:  Yeah.

10      VASH:  -- at the foot of the cross.  I mean, that's not

11  the picture we're trying to paint at all.

12      What we're here, what we want to talk to you about is,

13  specifically, about you and David, your relationship with

14  her, and the fact that David is trying to throw you under the

15  bus for giving her a hotshot, giving her something that was a

16  heavy dose, more than she was used to, which killed her.

17      MS. GUNTER:  I don't even have dope.  You know that,

18  right?

19      VASH:  His dope.

20      MS. GUNTER:  Okay.  Well, I didn't have any.

21      VASH:  Okay.

22      MS. GUNTER:  It was all gone.

23      VASH:  Again, like we, when we talked to you, he's

24  probably spinning a yarn, and that's what we want to talk to

25  you about: the yarn being that you're jealous; that she gave

1   up information about you giving her meth; said they were

2   bringing the heat around the house; --

3       MS. GUNTER:  I was already bringing heat.

4       VASH:  Yeah, you was already being investigated.

5       MS. GUNTER:  Yeah.

6       VASH:  Yeah.  And, now, it's an easy way for him to talk

7   to other people about why you did this, why you gave her the

8   hotshot.

9       RASNICK:  He's painting the picture that you were pissed

10  off at him for calling the police on you and you were pissed

11  off at her for, you know, calling the police on you, and that

12  you needed to get her out of the way, so you could make

13  things better with him.  That's the picture he's painting to

14  us.

15      ST. JOHN:  And he's told you to get rid of her.

16      MS. GUNTER:  Well, several times, yeah.  He told me,

17  yeah, to keep, to keep her away from the house, you know.

18      ST. JOHN:  Not that kind of "get rid of".  The other

19  kind, murder.

20      MS. GUNTER:  No, he didn't.

21      VASH:  Well, she kept coming around.  What was the

22  solution to get her away from the house then?

23      MS. GUNTER:  I don't know.  When I had left and came

24  back, I don't know why she came back that night, other than

25  Amanda Lynn.  She come over to get Amanda Lynn, or something.

1  I'm not for sure.  I don't know why she came over that night.

2  I have no idea, now that I think about it.  But she was

3  driving him around, so I don't know.

4      RASNICK:  She was, she was driving David around?

5      MS. GUNTER:  Yeah.  'Cause him and her went and left

6  somewhere, and then they come back, and then that's when him

7  and David left and went the other way and she went this way,

8  looking for Amanda, so.

9      ST. JOHN:  And she -- you never seen her for the rest of

10  that day or that night?  You didn't see her again, after

11  that?

12      MS. GUNTER:  No.

13      ST. JOHN:  You didn't wonder where she went?

14      MS. GUNTER:  She went over to her boyfriend's, I guess.

15  I don't know.  I didn't even have a phone, so how am I going

16  to find out?

17      RASNICK:  Did David tell you where he took her?

18      MS. GUNTER:  He didn't take her anywhere.  She drove her

19  car off.

20      RASNICK:  She drove off?  Okay.

21      MS. GUNTER:  He was with David.  She drove her car out

22  of the yard and left.

23      RASNICK:  Which car was that?

24      MS. GUNTER:  The Mustang.  It's the only car she had.

25  Her sugar daddy took the other one.  And she left.  And she

1    said she was going to go see if she couldn't find Amanda.

2    'Cause Amanda walked off and went somewhere, and I don't know

3    if she went and picked her up, or what. I don't even know.

4    You --

5    RASNICK: Do you think the two had a plan to sell all

6    that, maybe? Amanda took the dope from the house and they

7    may have planned it together? You said is that the one

8    Amanda took the two bags out of the house?

9    MS. GUNTER: Yes.

10   RASNICK: Do you think they may have planned that

11   together to rip you guys off?

12   MS. GUNTER: I don't know. I wasn't there. All I know

13   is it was already gone.

14   VASH: And you were there. You were there.

15   RASNICK: You were in the bedroom.

16   MS. GUNTER: Listen to me.

17   VASH: I'm not trying to confuse you. I'm just --

18   MS. GUNTER: Look, he got robbed -- no, you're trying to

19   confuse me.

20   VASH: I'm not trying to confuse you.

21   MS. GUNTER: He got robbed two or three days before I

22   come home.

23   VASH: Right.

24   MS. GUNTER: All right, he called me. He said, "Look.

25   The money's gone. The dope's gone," blah-blah-blah, "I don't

1    know who took it."  He's been in a coma 'cause he has mini

2    heart attacks, and I knew that, okay.

3        And I told him, I said, "Well, you know what?  Come get

4    me."  So he comes and gets me and he gets on the phone.  He

5    calls Mikey and his girlfriend.  Mikey and his girlfriend

6    come over.  Amanda Lynn's the only one at the house, okay.

7        They go in the house.  They're asking, you know, "What

8    happened to the dope?  What happened to the money?  What

9    happened to this?  Where's Kayla at?"  So Mikey gets on the

10   phone.  He's calling around, trying to find out where Kayla

11   went, 'cause she's saying Kayla stole it.  And Jeff Lynn was

12   there, too, all right.

13       Mikey leaves with his girlfriend, all right.  I go in

14   the house.  I'm sitting with her, until somebody comes with

15   me to sit with Amanda Lynn, to wait for -- David comes, okay.

16   All right, so where is Kayla, 'cause she's saying Kayla done

17   it.  Okay, well, that's good and fine and dandy.

18       So me and Marsha go through her stuff, all right.  And

19   this is getting dark and David's gone with the other David.

20   They're looking for Kayla, and Mikey is, too, okay, 'cause

21   we're going to get this all out in the open right now, and

22   find out which one of y'all is lying about what, okay.

23       Later on, -- I don't know how it happened -- but there's

24   -- she says, "Fuck this.  I'm not sticking around any

25   longer," 'cause they can't find Kayla.  So Amanda Lynn

1    gets -- goes in the bedroom, gets two bags, comes out, and

2    Marsha says, "Wait. Hold up a minute. She just left out of

3    here with two bags, walking off." And so she calls David.

4        David shows up with Kristen and the other David shows

5    up. And they say, "Okay, now we got to find out." So we

6    split up. Kristen went one way, David and David went the

7    other way, I stayed at the house with Marsha, and we don't

8    know where she went.

9        VASH:  Okay.

10       MS. GUNTER:  And that was it.

11       VASH:  Okay.

12       MS. GUNTER:  All right.

13       RASNICK:  What time did David come back that night?

14   Fey.

15       MS. GUNTER:  David and David?  I don't know.  I'm trying

16   to remember what that was even.  It was after dark.  But it

17   was -- the neighbors were still up, so it had to have been

18   pretty early, about 11:00, somewhere around that.

19       RASNICK:  Okay.

20       VASH:  And then David -- I want to make sure I'm clear

21   on this, too -- that David told you that he never talked to

22   the detectives from Sumter County.

23       MS. GUNTER:  He said he never talked to them.

24       VASH:  Okay.

25       MS. GUNTER:  They didn't show up.  I was sitting at the

1  house.

2      VASH:  That's not true.

3      MS. GUNTER:  Huh?

4      VASH:  That's absolutely a lie.

5      MS. GUNTER:  Yeah?

6      VASH:  And David was the last person to contact Kristen.

7  And from what you're telling us, he may have been the last

8  person to see Kristen, --

9      MS. GUNTER:  No, 'cause --

10     VASH:  -- because you don't know, you don't know where

11  David and David went, correct, 'cause you were in the house?

12     MS. GUNTER:  Well, they come back -- as soon as they

13  went around the block, they came back.

14     VASH:  Okay.

15     MS. GUNTER:  All right.

16     VASH:  Okay.  How, how hard is it for somebody to give

17  you -- to hand over dope to somebody?  How long does that

18  take?

19     MS. GUNTER:  What?

20     VASH:  How long, how long does it take to hand dope to

21  somebody?  A second?  Two seconds?  If I want to hand you a

22  needle or I want you to hand you a bag of dope, what's that

23  take?  Two seconds?

24     What did David tell you after he learned about Kristen

25  dying?

1    MS. GUNTER:  He couldn't believe it.  He was crying,

2  too.

3    VASH:  That's hogwash.

4    MS. GUNTER:  We were outside and he was working on his

5  bike --

6    VASH:  He may -- well, --

7    MS. GUNTER:  Jeff Lynn called and he was crying.  He

8  could not believe it.

9    VASH:  Well, he's bipolar and puts on a good act, then.

10    RASNICK:  David Fey was crying?

11    MS. GUNTER:  Yes.

12    VASH:  Did David ever tell you that she was working for,

13  for the police, that she was working as a snitch for the

14  police, or did you just learn that from Kristen?

15    MS. GUNTER:  Do what now?

16    VASH:  Did David ever tell you that she was working for

17  the police, or is that just what you got from Kristen?

18    MS. GUNTER:  That's just what I got from Kristen.

19    VASH:  Okay.  And what was David's remedy to fix that?

20  'Cause, right now, it's going -- he's throwing you under the

21  bus for it.

22    MS. GUNTER:  He didn't have a remedy.  We didn't --

23  well ...

24    RASNICK:  He, he had a motive --

25    VASH:  Yeah.

1     RASNICK:  -- to make her go away.

2     MS. GUNTER:  -- for what?

3     RASNICK:  To make her go away.

4     MS. GUNTER:  Why?

5     RASNICK:  'Cause she could send him to prison for a long

6  time.

7     VASH:  Right.  And now he's trying to spin it on you,

8  saying you have the motive because you called the police on

9  her, you're jealous of their relationship.  He's asking his

10  buddy Mark to go back and talk to the detectives and --

11     RASNICK:  Yeah, call those detectives.  I need them up

12  here right now.  That's his phone call to Mark Mudloff.

13     VASH:  We work multiple counties, which is why we're

14  here.

15     ST. JOHN:  And Mudloff said "Okay".

16     MS. GUNTER:  Okay.  Well, I don't know.

17     VASH:  You don't know?

18     MS. GUNTER:  I don't know.

19     VASH:  He never said anything?

20     MS. GUNTER:  No, he never said anything like that, no.

21     VASH:  That, that's -- okay.

22     RASNICK:  And he's made statements to several other

23  people that he had to make her go away because she could send

24  him to prison for a long time.

25     MS. GUNTER:  What?

1     RASNICK:  He made statements to other people.

2     VASH:  Right.

3     MS. GUNTER:  How could she send him -- I don't

4     understand.

5     VASH:  She, she didn't want to get you in trouble, and

6     what did that mean to you?  "You're going to get in trouble."

7     How would you get in trouble for being involved with Kristen?

8     Because you sold her dope, right?  Correct?

9     MS. GUNTER:  Correct.

10    RASNICK:  If I'm your friend, I'm your friend, I don't

11    want to get you in trouble, but I got pulled over by the

12    police, what would that -- what message is that sending, that

13    "I don't want to get you in trouble"?

14    ST. JOHN:  And you had mentioned statements.  I want to

15    go back to that.  What kind of statements were you talking

16    about?  A statement that Kristen wrote?

17    MS. GUNTER:  Yeah, when she got pulled over.  It's the

18    police department's statement or whatever it was.

19    ST. JOHN:  Okay, so the police report?

20    MS. GUNTER:  Yeah.

21    ST. JOHN:  Okay, and you got copies of the police

22    report?

23    MS. GUNTER:  Somebody did.

24    RASNICK:  You said Joan did, Marsha's daughter.

25    MS. GUNTER:  Yeah.

1    ST. JOHN:  Okay.

2    RASNICK:  What -- do you know Joan's last name?

3    MS. GUNTER:  No.

4    RASNICK:  Do you know Marsha's last name?

5    MS. GUNTER:  No.  Can I have a drink of that water,

6  though?

7    VASH:  I can get you a bottle of water.

8    MS. GUNTER:  Thank you.

9    RASNICK:  But David had made statements to --

10    MS. GUNTER:  To who?

11    RASNICK:  -- not one, not two, but three other people,

12  individually, that she was working --

13    MS. GUNTER:  Well, I never heard them.

14    RASNICK:  -- that she was working with the police and

15  she was going to send him away for a long time.  So if he's

16  telling three other people, why would he not tell his

17  fiancée?

18    MS. GUNTER:  I don't know.

19    RASNICK:  That, that's what I'm saying.

20    ST. JOHN:  And he told you to get rid of her.

21    MS. GUNTER:  He told me to not even let her at the

22  house, when she started coming over.  In fact, her old man

23  did, too.

24    RASNICK:  Yeah, Jeff, actually grab me one, if you don't

25  mind.

1      But you understand, if you're looking outside --

2      MS. GUNTER:  Yeah, now that I'm looking outside, but I

3  didn't think nothing about it.

4      ST. JOHN:  And this isn't going to go away, I mean.

5      RASNICK:  This, this has been going on for a while, for

6  months.  And we finally got to the point to say, hey, you

7  know, he keeps telling everybody else that Shari did this.

8  Let's go talk to Shari.  Let her clear the air.  Give her an

9  opportunity to tell us what she knows, because he's telling

10  the whole world that you did it.  'Cause his -- the

11  impression we get of him, whatever he tells you to do, you're

12  going to do it 'cause you're scared of him, that he's going

13  to beat your ass.

14      MS. GUNTER:  I don't think so.

15      RASNICK:  That's the impression he puts off.

16      ST. JOHN:  He's still got a meeting and, you know, I

17  don't know what he's going to be telling them.

18      MS. GUNTER:  In fact, the last time we got into an

19  argument, I kicked his ass.

20      RASNICK:  I mean, he's giving a perception of everybody

21  out there that he is this badass joker, I would tell you a

22  badass sonofabitch that ain't nobody going to mess with him.

23  "Wait 'til I get out.  Wait 'til I get out.  I'll take care

24  of this."  That's him.

25      MS. GUNTER:  No.

1    RASNICK:  That's, I'm just telling you that's what he,

2    he's portraying to everybody he talks to.  Multiple girls,

3    coming up, visiting him.  Mudloff taking care of all --

4    ST. JOHN:  And they're young.

5    RASNICK:  Yeah.

6    ST. JOHN:  They're younger than I am, some of the girls.

7    MS. GUNTER:  Yeah, I don't doubt it.

8    RASNICK:  He's, he's, he's putting this thing that he's

9    this big badass guy that --

10   ST. JOHN:  And he wants to marry them.  So when you came

11   in and you said you were the fiancée, I'm, whoah, he's got

12   multiple fiancees, so.

13   RASNICK:  And they're probably just dope chasing, 'cause

14   they know, when he gets out, he's, he's the man.

15   VASH:  Sure, dope and money from the inheritance.

16   RASNICK:  Apparently he inherited a bunch of money?

17   MS. GUNTER:  He can't have it if he's doing dope.

18   VASH:  He can't what?

19   RASNICK:  What do you mean he can't have it if he's

20   doing dope?

21   MS. GUNTER:  That's right.

22   RASNICK:  Is there a clause in that, --

23   MS. GUNTER:  Yeah.

24   RASNICK:  -- that he's got to pass a drug test?  Well,

25   he'll pass the drug test when he gets out, 'cause he's in

1   here and he ain't getting no dope.  Or is he getting dope in

2   here?

3       MS. GUNTER:  I don't know.  I'm in here.

4       RASNICK:  Just a (INDISCERNIBLE).  Are you getting dope

5   in here?

6       ST. JOHN:  Are you getting any dope in here --

7       MS. GUNTER:  No.

8       ST. JOHN:  -- through envelopes?

9       MS. GUNTER:  No.  Who writes me?

10      ST. JOHN:  I listen to jail calls, too.

11      MS. GUNTER:  My mom writes me.

12      RASNICK:  So he's not this big badass guy that he's

13  portraying to be?

14      MS. GUNTER:  No, he's a soft heart.

15      RASNICK:  And he's not this big badass guy that says

16  that she'll do any f'ing thing I tell her to do?

17      VASH:  And nobody's subordinate to him?  Nobody kowtows

18  to him when he, when he acts up?

19      MS. GUNTER:  That's what our arguments are about,

20  because I don't do what he tells me to do.

21      VASH:  Okay, maybe you don't.  Other people do, correct?

22  I've witnessed that.  I've personally witnessed that.  People

23  kowtow to him.  They'll be his subordinate to him in a

24  second.

25      MS. GUNTER:  Oh, yeah, I'm sure.

1    VASH:  So he is a big badass.  He puts himself out to be

2    a badass.  He puts himself out to be a bad guy and a violent

3    guy.

4    MS. GUNTER:  Not really.  He'll do anything for you.  In

5    fact, he's helped a lot of people out.

6    VASH:  Oh, okay.

7    MS. GUNTER:  He's got a big heart.

8    VASH:  So then you don't understand why he would do this

9    to you then?  Why he would say those things and --

10   MS. GUNTER:  No.

11   VASH:  -- try to throw you under the bus?  Kristen's

12   been using dope for a long time, right?  She knows how to use

13   it, right?

14   MS. GUNTER:  I don't -- Kristen, she gets out there,

15   like I'm telling --

16   VASH:  She knows how to use it though, right?  She knows

17   what to take, how much to buy?

18   MS. GUNTER:  She never stops.  I know she's come over

19   and done shot after shot after shot after shot after shot.

20   VASH:  How many shots would she do in a day?

21   MS. GUNTER:  Quite a few.

22   VASH:  That's a relative term (INDISCERNIBLE).

23   RASNICK:  We don't do shots, so we don't know.

24   VASH:  Five?  Ten?  I mean, what's quite a few?

25   MS. GUNTER:  Yeah.  I'll give her a couple of packs of

1  points.

2    VASH:  And what did she have to give you guys?  I mean,

3  you don't just give her the dope to hang around.  She was

4  buying it from you?

5    MS. GUNTER:  Yeah, some of it she was, yeah.  And she'd

6  come over, she'd do my hair, and stuff like that.

7    VASH:  Let you, let you guys use a car or something.

8    MS. GUNTER:  Yeah.

9    VASH:  Okay.

10    MS. GUNTER:  And then she'd get her pills from her

11  doctor.  She'd come over and she'd sell them.  We'd sell them

12  for her, and she'd have money and ...

13    VASH:  You think David was afraid of getting busted?

14    MS. GUNTER:  I think he was cautious about it, yeah.

15    VASH:  Well, the surveillance cameras and trying to keep

16  people at bay and guns in the house and --

17    MS. GUNTER:  We didn't have no guns.

18    VASH:  Oh, come on.  Yeah, you did.

19    MS. GUNTER:  Yeah, they don't work.

20    VASH:  Well, --

21    MS. GUNTER:  And the other guns are BB guns.

22    VASH:  No.  No, that's not -- that's not true.

23    RASNICK:  We'll throw the bullshit flag up on that one.

24    MS. GUNTER:  Yeah.

25    VASH:  Yeah, I know for a fact that's not true.

1     MS. GUNTER:  There was a shotgun.  It was his nephew's,

2  and that was it.

3     VASH:  There was a shotgun.  There were handguns.

4  There's –

5     RASNICK:  There was handguns.

6     MS. GUNTER:  The handguns are BB guns.

7     VASH:  No.

8     MS. GUNTER:  Yes, they are.

9     VASH:  No.

10    RASNICK:  Well, I thought you just said that Mr. -- what

11  was it -- that one of the robberies that they, he stole a

12  bunch of guns from him.  Remember that?

13    MS. GUNTER:  No, I didn't say he stole guns.

14    RASNICK:  Oh, yes, you did.  We'll go back and listen to

15  this recording.

16    MS. GUNTER:  Go back.

17    RASNICK:  That's the first thing that you said.

18    VASH:  Yeah, you did.

19    RASNICK:  There was another robbery where -- what was

20  his name again?

21    MS. GUNTER:  He stole the only gun his mother gave him.

22  It was a .22 --

23    RASNICK:  Lane, Lane.

24    MS. GUNTER:  -- and the rest of them were all BB guns.

25    VASH:  Anyways, he was very cautious.  He didn't want to

1  go to jail.  And if he's in a position where he's going to be

2  going to jail because somebody who's a friend has inside

3  information and have told you about that, you think he's

4  concerned, give him a motive?  I'm being as straightforward

5  with you as I can, 'cause he's saying the motive is on you.

6      MS. GUNTER:  I don't know.  I never thought of it like

7  that.

8      VASH:  What do you think about it now?

9      MS. GUNTER:  I think he really didn't -- I don't know,

10  'cause she did know a lot, but I don't see how he would let

11  her know and then, you know, think she was going to do that.

12      RASNICK:  If she, if she was working with the police and

13  she was doing buys, don't you think that would be concerning

14  for him?  And what would he do not to go to jail?  What, you

15  know, where is his limit?  What would he do not to go to

16  jail?

17      MS. GUNTER:  I don't know.

18      RASNICK:  What's your limit?  What would you do not to

19  go to jail?

20      MS. GUNTER:  I'm in jail.

21      VASH:  Prison.

22      RASNICK:  Prison.  This is jail.

23      VASH:  For a long time.

24      RASNICK:  For a long time.

25      VASH:  'Cause if he got caught with guns in the house,

1   being a convicted felon, and an ounce of heroin and five

2   ounces of meth and cash, and other sell charges, he's going

3   to prison for a long time.

4      RASNICK:  That's probably 30 years in prison.  And, for

5   him, that would be probably a lifetime.

6      VASH:  Yeah.

7      RASNICK:  What, what boundary would he cross?

8      MS. GUNTER:  I don't know.

9      VASH:  And he never told you anything else about that,

10  after she passed away?

11     MS. GUNTER:  Anything else about what?

12     VASH:  About what happened to her.  Never said anything

13  else to you?

14     MS. GUNTER:  I was with him that night, okay, so what

15  could he have told me?

16     VASH:  After you said he learned and he cried when he

17  learned about her passing away, he never shared anything else

18  with you?  Being his fiancée, he never shared anything else

19  with you about what happened?

20     MS. GUNTER:  No.

21     VASH:  Okay.

22     RASNICK:  And he would share this information with other

23  girls, but not you?

24     MS. GUNTER:  What information?

25     RASNICK:  Of what happened to Kristen.

1    MS. GUNTER:  What information?

2    RASNICK:  That she was killed.

3    VASH:  The fact that he got rid of her.  That

4 information.

5    MS. GUNTER:  I don't ...

6    ST. JOHN:  He gave her a hotshot.  And he mixed -- what

7 was it -- battery acid?

8    VASH:  No, just a hotshot.  I don't remember battery

9 acid.  No.  No, nothing about battery acid.  Talking about

10 car batteries.

11    Giving you the opportunity to talk to us.

12    MS. GUNTER:  I'm talking.  I don't know.

13    VASH:  Okay.  Do you have any concerns for your safety

14 with him?  You know about him.  You know what was going on

15 the whole time.  You have any concerns?

16    MS. GUNTER:  No.

17    RASNICK:  What's your plans when you get out of here?

18    MS. GUNTER:  I'm going to Jacksonville to be with my

19 daughter and my grandbabies.

20    RASNICK:  You still hooking up with him when you get out

21 of here?

22    MS. GUNTER:  Yeah, supposed to be.

23    RASNICK:  Do you have any concerns for your safety,

24 after all this stuff that he's been telling everybody else?

25    MS. GUNTER:  What are you saying?  He's going to try to

1  get rid of me?

2      RASNICK:  I'm just saying he's telling everybody else

3  that he, he can make people disappear.  You ever heard him

4  say that statement?

5      MS. GUNTER:  No.  No, I never heard him make that

6  statement.

7      RASNICK:  Okay, I know two people independently that

8  don't even know each other that he's made that statement to.

9      MS. GUNTER:  No.

10      RASNICK:  Okay.

11      MS. GUNTER:  I know he told, he's told lies, saying that

12  he's got black people going to come get Kayla and break her

13  fingers and stuff for stealing that money, but that was, it

14  was lies.

15      RASNICK:  He does have a black person who does that.

16      MS. GUNTER:  He does?

17      RASNICK:  Yes.  He does.

18      MS. GUNTER:  A woman?

19      RASNICK:  Nope, a male.  I don't think he'd mess with a

20  black woman.  I don't foresee him doing that.

21      MS. GUNTER:  Yeah.

22      RASNICK:  There is a particular dope supplier is a black

23  guy that he is friends with.

24      MS. GUNTER:  Yeah.

25      RASNICK:  And you probably know who I'm talking about.

1   We're not, we're not dumb, by any means.  We're not going to

2   sit here and tell you everything that we know.  But when you

3   throw out something, we'll call you to the carpet on it, on

4   certain things.

5       MS. GUNTER:  Okay.

6       RASNICK:  But we are here to give you an opportunity to

7   make sure that nothing comes back on you.

8       MS. GUNTER:  Okay.

9       RASNICK:  But if you sit there and throw bullshit flags

10  then, you know, it, it -- you know, that's why we're here, to

11  give you an opportunity.

12      MS. GUNTER:  Okay, so what do you want me to do?  You

13  want me to say "yes" to all your questions or do you want me

14  to say --

15      RASNICK:  No, I want you to tell the truth.

16      MS. GUNTER:  I just told you.

17      RASNICK:  Okay.

18      MS. GUNTER:  All right.

19      RASNICK:  Okay, if you told us the truth, then that's

20  the truth.

21      MS. GUNTER:  All right.

22      RASNICK:  But that's why I say, that's why we're here,

23  to give you an opportunity.  And anything that, that you

24  remember or anything that you've left out, it, it's a good

25  opportunity to let us know.

1      MS. GUNTER:  Okay, well, if I think of anything, I'll

2  let you know.

3      VASH:  You might want to think about it.

4      MS. GUNTER:  Okay.

5      VASH:  Because I think you're forgetting some very

6  important things, some things he shared with you afterwards.

7      ST. JOHN:  I don't think you're being all that

8  forthcoming.

9      MS. GUNTER:  Okay.  So I don't know what you want from

10  me.  I've told you what --

11      VASH:  That's fine.  That's fine.  The chips fall where

12  they may, I guess.

13      MS. GUNTER:  Huh?

14      VASH:  I said the chips will fall where they may, I

15  guess.  We'll, we'll carry on and part of our job is to just

16  put the pieces of the puzzle back together, and we'll do

17  that.

18      MS. GUNTER:  Okay, can I have a card, and if I think of

19  anything, I'll let you know.

20      VASH:  (INDISCERNIBLE)

21      MS. GUNTER:  Investigations?

22      ST. JOHN:  Yeah.

23      (INDISCERNIBLE) This concludes our interview.  Time

24      on-deck is 11:56.

25      VASH:  Probably not a good idea --

1    (Recording ends.)

# TRANSCRIPTIONIST'S CERTIFICATE

I, SHELLY L. OWEN, Transcriptionist, certify that I was authorized to do and did transcribe from digital recording the interview of SHARI GUNTER, in re:  UNITED STATES OF AMERICA versus DAVID CHAPPELL FEY, recorded on November 10, 2016, and that the transcript is a true and correct record of the proceedings recorded to the best of my ability.

I FURTHER CERTIFY that I am not a relative, employee, attorney or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or interested in the action.

DATED this 29th day of March, 2021, at Ocala, Marion County, Florida.

/slo-534/
SHELLY L. OWEN, CET (AAERT)
CERTIFIED TRANSCRIPTIONIST
OWEN & ASSOCIATES
Post Office Box 157
Ocala, Florida 34478
(352) 624-2258

# U.S. District Court
## Middle District of Florida
## Ocala Division

# GOVERNMENT EXHIBIT

**Exhibit No.:** 45

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021



16-CF-527

**W A R R A N T**
**TO ARREST**

STATE OF FLORIDA

VS.

IN THE COUNTY/CIRCUIT OF FIFTH
JUDICIAL CIRCUIT IN AND FOR
MARION COUNTY, FLORIDA.

KRISTIN JEANINE BROWN
W/F,  DOB: 09/16/1984
EYES:BLU HAIR: BLO
HGT: 5-8 WGT: UNKNOWN
D.L. B650-510-84-836-0
SSN- ▮▮▮▮▮▮
LKA: 2033 COUNTY ROAD 245C
  OXFORD, FLORIDA 34484

CHARGES: POSSESSION OF
METHAMPHETAMINE WITH INTENT TO
DISTRIBUTE

IN THE NAME OF THE STATE OF FLORIDA, TO ALL AND SINGULAR THE SHERIFFS AND CONSTABLES
OF THE STATE OF FLORIDA:

WHEREAS, **Deputy D. Barker** has this day made oath that on the **11ᵗʰ** day of **January, 2016** in the
county and State aforesaid, one **W/F, Kristin J Brown, DOB 9/16/84:** did then and there unlawfully and
knowingly:

**COUNT I**
POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE, IN VIOLATION OF **F.S.S. CHAPTER**
**893.13(1)(a)1.**

The offenses set forth in the foregoing Warrant are contrary to the Statute in such cases made and provided
and against the peace and dignity of the State of Florida. Attached hereto and made a part hereof by incorporation
is Affidavit executed by **Deputy D. Barker**, Affiant herein.

THESE ARE, THEREFORE, to command you to arrest **W/F, Kristin J Brown, DOB 9/16/84:** and bring **HER**
before me to be dealt with according to the law.

Given under my hand and seal this 24ᵗʰ day of February 2016.

*David B. Eddy*
COUNTY/CIRCUIT JUDGE

COUNT #1
BOND WILL BE $5,000.00 OBE
  ($5000 Bond Schedule)

## THE STATE OF FLORIDA:

Will Extradite ___✗___    Will Not Extradite _____    STATE ATTORNEY: _____

                                                  Bar No. _0027669_

---

### ✱✱✱ NOTE ✱✱✱

UPON ARREST, DISTRIBUTE A COPY OF THE ARREST AFFIDAVIT/FIRST

APPEARANCE FORM TO DEPUTY D. BARKER OF THE CRIMINAL INTERDICTION

UNIT

---

# A F F I D A V I T
## FOR
## WARRANT TO ARREST

STATE OF FLORIDA      )
                        )
VS.                    )
                        )

IN THE COUNTY/CIRCUIT OF FIFTH
JUDICIAL CIRCUIT IN AND FOR
MARION COUNTY, FLORIDA.

**KRISTIN JEANINE BROWN**
**W/F,  DOB: 09/16/1984**
**EYES:BLU HAIR: BLO**
**HGT: 5-8 WGT: UNKNOWN**
**D.L. B650-510-84-836-0**
**SSN-** ▇▇▇▇
**LKA: 2033 COUNTY ROAD 245C**
  **OXFORD, FLORIDA 34484**

CHARGES: **POSSESSION OF**
**METHAMPHETAMINE WITH INTENT TO**
**DISTRIBUTE**

BEFORE ME, _David B. Eckley_ , Judge of the Circuit/~~County~~ Court in and for said County,

personally came **Deputy D. Barker** who after being duly sworn, deposes and says that on the **11ᵗʰ** day of **January,**

**2016**, in the County and State aforesaid, one **W/F KRISTIN J BROWN 9/16/1984:** did then and there unlawfully:

HAVE IN HER POSSESSION METHAMPHETAMINE WITH THE INTENT TO DISTRIBUTE IN VIOLATION OF
F.S.S. 893.13(1)(a)1 TO WIT:

(1) Your Affiant participated and initiated the traffic stop from which this investigation arose;

(2) On Monday, January 11, 2016, 2016 your Affiant conducted a traffic stop on a vehicle being driven by the suspect, Kristin J Brown, in Marion County, Fl. During the course of the traffic stop the suspect became increasingly more nervous. Consent to search the vehicle was given by the suspect. Before a search could be conducted the suspect stated that her friend "Dave" recently used her vehicle to travel to Dunnellon. She further stated that "Dave" is a drug dealer and sells numerous types of narcotics. The suspect further spontaneously admitted that there was a syringe, a Lortab pill, and other narcotic paraphernalia inside the vehicle. Based on the information given by the suspect your Affiant advised her that a female deputy would be coming to perform a search of her person for any illegal narcotics. Your Affiant asked the suspect if she had any illegal narcotics on her person at which time she started to make statements about the possession of narcotics and how she did not want to go to jail. Before asking her anything further your Affiant advised her of her Miranda Rights, which she waived. The suspect admitted to possessing "Ice", which was concealed in her bra. "Ice" is a street term for crystal methamphetamines. She further stated that "Dave" gave her the "Ice" to sell to a man at the Pedro convenience store. She admitted that she was going to sell the "Ice" for $40-50 in U.S Currency. The suspect retrieved the suspected crystal methamphetamines from her bra at which time your Affiant observed three (3) suspected crystal methamphetamine pieces in a clear plastic bag. The suspected crystal methamphetamines field tested positive for methamphetamines. During a search of the vehicle your Affiant located numerous unused syringes, which she admitted were for the use of injecting the "Ice".

(3) Based on the above information, your Affiant believes there is sufficient probable cause for the issuance of an ARREST WARRANT for <u>**W/F Kristin J Brown 9/16/1984:**</u> for the offense of **POSSESSION OF METHAMPHETAMINES WITH THE INTENT TO DISTRIBUTE** in violation of F.S.S. 893.13(1)(a)1.

The offenses set forth in the foregoing Affidavit are contrary to the statute in such case made and provided and against the peace and dignity of the State of Florida.

SWORN TO AND SUBSCRIBED BEFORE ME          )

this **24**ᵗʰ day of **February**, 2016.          )

          )

_____

Deputy D. Barker

**AFFIANT**

_____ (Seal)

CIRCUIT/~~COUNTY~~ JUDGE