


U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: 87

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 3 2021

Date Admitted: DEC 0 3 2021

U.S. Attorney's Office
Middle District of Florida

AUSA:
Michael Felicetta

Date:
August 9, 2021

LIMITED OFFICIAL USE

**Exhibit 87**
U.S. v. David Chappell Fey et al
5:20-cr-59-JA-PRL



Government Exhibit 87A
U.S. District Court, Middle District of Florida, Ocala Division
Case No.: 5:20-cr-59-JA-PRL
United States of America vs. David Chappell Fey et al
Date Identified: DEC 0 3 2021
Date Admitted: DEC 0 3 2021




U.S. Attorney's Office
Middle District of Florida
AUSA: Michael Felicetta
Date: August 9, 2021
LIMITED OFFICIAL USE

**Exhibit 87A**
U.S. v. David Chappell Fey et al
5:20-cr-59-JA-PRL










U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: **87D**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: _____

Date Admitted: _____

U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: **88 A**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 3 2021

Date Admitted: DEC 0 3 2021



U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **88B**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 3 2021

Date Admitted: DEC 0 3 2021



**U.S. District Court
Middle District of Florida
Ocala Division**

# GOVERNMENT EXHIBIT

Exhibit No.: __88 C__

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: __DEC 0 3 2021__

Date Admitted: __DEC 0 3 2021__



U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: 88D

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 3 2021

Date Admitted: DEC 0 3 2021



U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: 88 E

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 3 2021

Date Admitted: DEC 0 3 2021



U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **88F**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 3 2021

Date Admitted: DEC 0 3 2021

