U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: **107**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 2 2021

Date Admitted: DEC 0 2 2021

U.S. Attorney's Office
Middle District of Florida



AUSA:
Michael Felicetta

Date:
August 9, 2021


LIMITED
OFFICIAL USE



**Exhibit 107**

U.S. v. David Chappell Fey et al
5:20-cr-59-JA-PRL

**U.S. District Court**
**Middle District of Florida**
**Ocala Division**

# GOVERNMENT EXHIBIT

Exhibit No.: **107A**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 2 2021

Date Admitted: DEC 0 2 2021

# Marion County Jail, FL
## Call Detail Report
### Search Criteria:

| | | |
|---|---|---|
| Country Code: | Dialed Number: | Destination Zone: ALL |
| Account Number: | PIN: | Prepaid Acct#: |
| First Name: shari | Last Name: gunter | |
| Phone Group: | | |
| Phone: | | |
| Termination Category: ALL | Blocked Reason: ALL | Call Type: ALL |
| Call Status: COMPLETE | Text2Connect: ALL | |
| International Filter On: | Watched Filter On: | Private Filter On: |
| 3-Way Filter On: | Voice Biomettrics: | Test Call: |
| IPro Pin Check: | CVV: | RCF: |
| Wireless: | AIS Voice Mail: | |
| | Live Connect: | Voicemail Accessed: |
| Search By Notes: No | Tracker ID: | |
| | Note Type: ALL | |
| | Call Tracker Notes: | |
| Date Criteria: Date/Time Range | | |
| Start Date/Time: 01/09/2021 00:00:00 | End Date/Time: 01/09/2021 20:00:00 | |

| Site | Port Loc | Ctry | Wireless | Dialed# | Dest Zone | Start Time | End Time | Dur. (s) | Acct # | PIN | Pre paid | First Name | Last Name | Call Type | Call Status | Term Cat. | BlkReason | Priv | Wat'd | Int'l | 3Way | VB | Amount | Taxes & Fees | Promo Call | Test Call | Language | Dtmf Detect | Dtmf Digits | Text2Connect | CVV | IPRO Pin Chk | AIS Voicemail | LIVE CONNECT | OVM | OVM Accessed | Requested Privated | Tracking Number 1 | Shared 1 | Note 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Marion County Jail, FL | CA, PH1 | 1 | N | 3522882489 | Local | 01/09/2021 19:18:28 | 01/09/2021 19:25:51 | 443 | 020 8633 | 957923 | | SHARI | GUNTER | AdvanceConnect | complete | Caller Hang up | | | | | | X | 0.00 | 0.00 | | | English | N | | | Y | N | N | N | N | | N | | | |

### Summary
Attempts:1  Complete:1  Incomplete:0  Duration(Secs):443  Duration(Mins):7.38  Average Call Length(Secs):443  Total Debit Minutes:0  Total Debit Complete Calls:0  Total Debit Incomplete Calls:0  Total Debit Charges(Excluding Taxes & Fees):$0.00

| Site | Port Loc | Ctry | Wireless | Dialed# | Dest Zone | Start Time | End Time | Dur. (s) | Acct # | PIN | Prepaid | First Name | Last Name | Call Type | Call Status | Term Cat. | BlkReason | Priv | Wat'd | Int'l | 3Way | VB | Amount | Taxes & Fees | Promo Call | Test Call | Language | Dtmf Detect | Dtmf Digits | Text2Connect | CVV | IPRO Pin Chk | AIS Voicemail | LIVE ECONNECT | OVM | OVM Accessed | Requested Private | Tracking Number1 | Shared1 | Note1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|