# U.S. District Court
## Middle District of Florida
## Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **115**

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: _____

Date Admitted: _____

