**U.S. District Court**
**Middle District of Florida**
**Ocala Division**

# GOVERNMENT EXHIBIT

**Exhibit No.:** 116

Case No.: 5:20-cr-59-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID CHAPPELL FEY ET AL

Date Identified: DEC 0 1 2021

Date Admitted: DEC 0 1 2021