**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

UNITED STATES OF AMERICA,  　　　　　　CASE NO: 5:20-cr-59-JA-PRL
　　　　Plaintiff,

vs.

SHARI LYNN GUNTER
　　　　Defendant.
_____/

## NOTICE OF APPEAL

**NOTICE** is hereby given that SHARI LYNN GUNTER, Defendant above-named, by and through her undersigned attorney, and hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment of conviction and sentence entered in this proceeding on April 25, 2022, and all previous rulings against the Defendant.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of May, 2022, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　/s/ Daniel M. Hernandez
　　　　　　　　　　　　　　　　　　　　　　DANIEL M. HERNANDEZ, ESQUIRE
　　　　　　　　　　　　　　　　　　　　　　DANIEL M. HERNANDEZ, P.A.
　　　　　　　　　　　　　　　　　　　　　　902 N. Armenia Avenue
　　　　　　　　　　　　　　　　　　　　　　Tampa, Florida  33609
　　　　　　　　　　　　　　　　　　　　　　(813) 875-9694
　　　　　　　　　　　　　　　　　　　　　　Email: dmhernandezlaw51@gmail.com
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　Florida Bar Number 229733